Las Vegas, NV 89178

**NO CV-30**             **FEE PAID**

1 UNITED STATES DISTRICT COURT
2 CENTRAL DISTRICT OF CALIFORNIA
3 LOS ANGELES DIVISION
4
5 Tronderrica James, an individual,
6 Travis James, an individual,
7 Plaintiffs,
8
9 v.
10
11 Silvia Shasha Zhang, an individual;
12 Guojun (a.k.a. Guojon) Xuan, an individual;
13 Silvia Shasha Zhang, an individual doing business as "Mark Surrogacy";
14 Guojun (a.k.a. Guojon) Xuan, an individual doing business as "Future Spring Surrogacy";
15 and DOES 1–50 inclusive,
16 Defendants.
17
18 Case No:  **2:25-CV-09450-FLA-KSx**
19
20 COMPLAINT FOR:
21 1. Fraud / Intentional Misrepresentation
22 2. Negligent Misrepresentation
23 3. Breach of Contract
24 4. Breach of the Implied Covenant of Good Faith & Fair Dealing
25 5. Fraudulent Concealment
26 6. Civil Conspiracy
27
28 DEMAND FOR JURY TRIAL
29
30 I. JURISDICTION AND VENUE
31 This Court has subject-matter jurisdiction under 28 U.S.C. § 1332 because Plaintiffs are citizens of Nevada, Defend
32 Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events occurred in Los /
33
34 II. PARTIES
35 Plaintiffs Tronderrica James and Travis James are individuals residing in Clark County, Nevada.
36
37 Defendant Silvia Shasha Zhang is an individual residing in Los Angeles County, California.
38
39 Defendant Guojun (a.k.a. Guojon) Xuan is an individual residing in Los Angeles County, California.
40
41 Defendant Silvia Shasha Zhang is also sued as an individual doing business as "Mark Surrogacy," operating out of
42
43 Defendant Guojun (a.k.a. Guojon) Xuan is also sued as an individual doing business as "Future Spring Surrogacy,"
44
45 Plaintiffs are ignorant of the true names and capacities of DOES 1–50 inclusive and therefore sue under fictitious na
46
47 III. FACTUAL ALLEGATIONS
48 Defendants misrepresented material facts regarding surrogacy services.
49 Plaintiffs relied on false statements and suffered damages including financial losses and emotional distress.
50 Public reports corroborate allegations of systemic fraud involving Defendants.
51
52 IV. CAUSES OF ACTION
53 1. Fraud / Intentional Misrepresentation

54 2. Negligent Misrepresentation
55 3. Breach of Contract
56 4. Breach of Implied Covenant of Good Faith & Fair Dealing
57 5. Fraudulent Concealment
58 6. Civil Conspiracy
59
60 V. PRAYER FOR RELIEF
61 Plaintiffs demand:
62 a. Compensatory damages according to proof;
63 b. Punitive and exemplary damages not less than $50,000,000 and up to $100,000,000;
64 c. Restitution and rescission of contracts;
65 d. Pre- and post-judgment interest;
66 e. Costs of suit;
67 f. Attorneys' fees where authorized;
68 g. Leave to amend this Complaint to add additional defendants, including Western Fertility Institute and attorney Lei
69 h. Such further relief as the Court deems proper.
70
71 VI. DEMAND FOR JURY TRIAL
72 Plaintiffs demand a jury trial on all issues so triable.
73
74 Respectfully submitted,
75
76 _____
77 Tronderrica James, Plaintiff Pro Se
78
79 _____
80 Travis James, Plaintiff Pro Se