JS 44 (Rev. 10/20)          CIVIL COVER SHEET

**I. PLAINTIFFS**
Tronderrica James, Clark County, Nevada
Travis James, Clark County, Nevada

**DEFENDANTS**
Silvia Shasha Zhang, Los Angeles County, California
Guojun (a.k.a. Guojon) Xuan, Los Angeles County, California
Silvia Shasha Zhang, dba "Mark Surrogacy"
Guojun (a.k.a. Guojon) Xuan, dba "Future Spring Surrogacy"
DOES 1–50 inclusive

**II. BASIS OF JURISDICTION**
[X] 4 Diversity (28 U.S.C. § 1332)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Diversity Cases Only)
Plaintiffs: Nevada
Defendants: California / Foreign

**IV. NATURE OF SUIT**
[X] 370 Other Fraud
[X] 190 Contract: Other

**V. ORIGIN**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
28 U.S.C. § 1332; claims for fraud, misrepresentation, breach of contract, concealment, conspiracy

**VII. REQUESTED IN COMPLAINT**
Demand: Not less than $50,000,000 and up to $100,000,000
Jury Demand: [X] Yes

**VIII. RELATED CASE(S) IF ANY:** None known

**2:25-CV-09450-FLA-KSx**