AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the Central District of California

Tronderrica James and Travis James, Plaintiffs
v.
Guojun (a.k.a. Guojon) Xuan, an individual, and
Guojun (a.k.a. Guojon) Xuan, an individual doing business as "Future Spring Surrogacy",
Defendant (SEE ATTACHMENT

Case No. 2:25-CV-09450-FLA-KS

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Guojun (a.k.a. Guojon) Xuan, individually and doing business as "Future Spring Surrogacy"
Primary: 1203 S First Ave, Arcadia, CA 91006
Alternate: 612 W Camino Real Ave, Arcadia, CA 91007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)
—or 60 days if you are the United States or a United States agency—you must serve on the plaintiff
an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

PLAINTIFFS' CONTACT INFORMATION:
Tronderrica James, Pro Se
Travis James, Pro Se
Clark County, Nevada

Date: OCT - 3 2025 CLERK OF COURT

Signature of Clerk or Deputy Clerk (Seal)
RENICO SMITH

SEAL OF THE DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1174

AO 285 (Rev. 08/18) PROOF OF SERVICE

UNITED STATES DISTRICT COURT for the Central District of California

Plaintiffs: Tronderrica James and Travis James
Defendant: Silvia Shasha Zhang, individually and dba "Mark Surrogacy"

Case No: ______________________

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1. Served by (name of individual process server):

__________________________________________________

2. Place of Service:
612 W Camino Real Ave, Arcadia, CA 91007

3. Date and Time of Service:

__________________________________________________

4. Served To (name of person served and relationship/job title if applicable):

__________________________________________________

5. Manner of Service (check one):
[ ] Personally served the defendant
[ ] Left copies at the individual's dwelling or usual place of abode
[ ] Left copies with an authorized agent
[ ] Other (specify): ____________________

6. Declaration of Server:
I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: ______________________

____________________________________
Signature of Server

____________________________________
Printed Name and Address of Server

7225 Moonraker Ave #109
Las Vegas, NV 89178

# ATTACHMENT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

Tronderrica James, an individual,
Travis James, an individual,
Plaintiffs,

v.

Silvia Shasha Zhang, an individual;
Guojun (a.k.a. Guojon) Xuan, an individual;
Silvia Shasha Zhang, an individual doing business as "Mark Surrogacy";
Guojun (a.k.a. Guojon) Xuan, an individual doing business as "Future Spring Surrogacy";
and DOES 1–50 inclusive,
Defendants.

Case No: 2:25-CV-09450-FLA-KS

COMPLAINT FOR:
1. Fraud / Intentional Misrepresentation
2. Negligent Misrepresentation
3. Breach of Contract
4. Breach of the Implied Covenant of Good Faith & Fair Dealing
5. Fraudulent Concealment
6. Civil Conspiracy

DEMAND FOR JURY TRIAL

I. JURISDICTION AND VENUE
This Court has subject-matter jurisdiction under 28 U.S.C. § 1332 because Plaintiffs are citizens of Nevada, Defend
Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events occurred in Los

II. PARTIES
Plaintiffs Tronderrica James and Travis James are individuals residing in Clark County, Nevada.

Defendant Silvia Shasha Zhang is an individual residing in Los Angeles County, California.

Defendant Guojun (a.k.a. Guojon) Xuan is an individual residing in Los Angeles County, California.

Defendant Silvia Shasha Zhang is also sued as an individual doing business as "Mark Surrogacy," operating out of

Defendant Guojun (a.k.a. Guojon) Xuan is also sued as an individual doing business as "Future Spring Surrogacy,"

Plaintiffs are ignorant of the true names and capacities of DOES 1–50 inclusive and therefore sue under fictitious n

III. FACTUAL ALLEGATIONS
Defendants misrepresented material facts regarding surrogacy services.
Plaintiffs relied on false statements and suffered damages including financial losses and emotional distress.
Public reports corroborate allegations of systemic fraud involving Defendants.

IV. CAUSES OF ACTION
1. Fraud / Intentional Misrepresentation