AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the Central District of California

Tronderrica James and Travis James, Plaintiffs
v.
Silvia Shasha Zhang, an individual, and
Silvia Shasha Zhang, an individual doing business as "Mark Surrogacy",
Defendant   SEE ATTACHMENT

Case No.   2:25-CV-09450-FLA-KS

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Silvia Shasha Zhang, individually and doing business as "Mark Surrogacy"
612 W Camino Real Ave, Arcadia, CA 91007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —or 60 days if you are the United States or a United States agency—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

PLAINTIFFS' CONTACT INFORMATION:
Tronderrica James, Pro Se
Travis James, Pro Se
Clark County, Nevada

Date:  OCT - 3 2025                CLERK OF COURT

Signature of Clerk or Deputy Clerk    (Seal)

RENICO SMITH

1174

AO 285 (Rev. 08/18)        PROOF OF SERVICE

UNITED STATES DISTRICT COURT for the Central District of California

Plaintiffs: Tronderrica James and Travis James
Defendant: Guojun (a.k.a. Guojon) Xuan, individually and dba "Future Spring Surrogacy"

Case No: _____

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1. Served by (name of individual process server):
_____

2. Place of Service (choose one):
Primary: 1203 S First Ave, Arcadia, CA 91006
Alternate: 612 W Camino Real Ave, Arcadia, CA 91007

3. Date and Time of Service:
_____

4. Served To (name of person served and relationship/job title if applicable):
_____

5. Manner of Service (check one):
[ ] Personally served the defendant
[ ] Left copies at the individual's dwelling or usual place of abode
[ ] Left copies with an authorized agent
[ ] Other (specify): _____

6. Declaration of Server:
I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: _____

_____
Signature of Server

_____
Printed Name and Address of Server

7225 Moonraker Ave #109
Las Vegas, NV 89178

**ATTACHMENT**

1 UNITED STATES DISTRICT COURT
2 CENTRAL DISTRICT OF CALIFORNIA
3 LOS ANGELES DIVISION
4
5 Tronderrica James, an individual,
6 Travis James, an individual,
7 Plaintiffs,
8
9 v.
10
11 Silvia Shasha Zhang, an individual;
12 Guojun (a.k.a. Guojon) Xuan, an individual;
13 Silvia Shasha Zhang, an individual doing business as "Mark Surrogacy";
14 Guojun (a.k.a. Guojon) Xuan, an individual doing business as "Future Spring Surrogacy";
15 and DOES 1–50 inclusive,
16 Defendants.
17
18 Case No: 2:25-CV-09450-FLA-KS
19
20 COMPLAINT FOR:
21 1. Fraud / Intentional Misrepresentation
22 2. Negligent Misrepresentation
23 3. Breach of Contract
24 4. Breach of the Implied Covenant of Good Faith & Fair Dealing
25 5. Fraudulent Concealment
26 6. Civil Conspiracy
27
28 DEMAND FOR JURY TRIAL
29
30 I. JURISDICTION AND VENUE
31 This Court has subject-matter jurisdiction under 28 U.S.C. § 1332 because Plaintiffs are citizens of Nevada, Defend
32 Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events occurred in Los /
33
34 II. PARTIES
35 Plaintiffs Tronderrica James and Travis James are individuals residing in Clark County, Nevada.
36
37 Defendant Silvia Shasha Zhang is an individual residing in Los Angeles County, California.
38
39 Defendant Guojun (a.k.a. Guojon) Xuan is an individual residing in Los Angeles County, California.
40
41 Defendant Silvia Shasha Zhang is also sued as an individual doing business as "Mark Surrogacy," operating out of
42
43 Defendant Guojun (a.k.a. Guojon) Xuan is also sued as an individual doing business as "Future Spring Surrogacy,"
44
45 Plaintiffs are ignorant of the true names and capacities of DOES 1–50 inclusive and therefore sue under fictitious na
46
47 III. FACTUAL ALLEGATIONS
48 Defendants misrepresented material facts regarding surrogacy services.
49 Plaintiffs relied on false statements and suffered damages including financial losses and emotional distress.
50 Public reports corroborate allegations of systemic fraud involving Defendants.
51
52 IV. CAUSES OF ACTION
53 1. Fraud / Intentional Misrepresentation