# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tronderrica James et al

PLAINTIFF(S)

v.

Silvia Shasha Zhang et al

DEFENDANT(S).

CASE NUMBER:

2:25-cv-09450-FLA-KS

## NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/03/2025 | 1 | Complaint |

**DOCKETING AND FORMATTING ERRORS:**

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is ____________
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: ____________

**MOTION-RELATED ERRORS:**

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: ____________

**OTHER ERRORS:**

- ☐ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☑ Local Rule 7.1-1 no notice of interested parties
- ☐ Other: ____________

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 10/03/2025

By: R. Smith (213) 894-3535
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**