**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
11/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

## NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE

Plaintiffs respectfully move this Court under Fed. R. Civ. P. 4(e)(1) and Cal. Civ. Proc. Code §§ 413.30 and 415.50 for authorization to serve Defendants via:

- Email to their known email addresses; beierctt@gmail.com, beierxz@gmail.com

- Text message to their known mobile numbers; 626-223-9068, 601-888-8888

- Certified mail to their last-known address at 612 W. Camino Real Ave., Arcadia, CA 91007; and

- Publication in The Wall Street Journal (if other methods are unsuccessful and upon Court approval.)

Defendants have evaded service despite multiple attempts, verified communication, and electronic notice.

/s/ Tronderrica James
/s/ Travis James

## DECLARATION OF TRONDERRICA JAMES

I, Tronderrica James, declare: I am a Plaintiff in this action and submit this declaration in support of the Motion for Alternate Service.

1. On October 16, 2025, I emailed Defendant Silvia Zhang requesting confirmation of addresses and counsel. (Exhibit A)

2. On October 17, 2025, CBS confirmed contact with Ms. Zhang. (Exhibit B)

3. On October 18, 2025, I followed up requesting a response. (Exhibit C)

4. From October 15–22, 2025, the process server attempted service at 612 W. Camino Real Ave., Arcadia, CA without access or response. (Exhibit D)

5. The server observed surveillance cameras, trash buildup, changing cars, and spoke with Ms. Zhang confirming notice. (Exhibit D)

6. On October 23, 2025, I sent bilingual service notices via text and email. (Exhibit E)

7. Defendants jointly filed litigation in Virginia (Case CL25007296-00), confirming legal sophistication. (Exhibit F)

8. I received ADR, magistrate consent, and standing-order notices for service. (Exhibits G-J)

9. Despite diligent efforts, Defendants are evading service.

10. I request authorization for email, text, certified mail, and publication if required.

I declare under penalty of perjury this is true and correct.

Executed in Las Vegas, Nevada.

/s/ Tronderrica James

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and TRAVIS JAMES,
*Plaintiffs,*
v.
SILVIA SHASHA ZHANG; and GUOJUN XUAN,
*Defendants.*

Case No.: 2:25-cv-09450-FLA-KS
Judge: Hon. Fernando L. Aenlle-Rocha
Magistrate Judge: Hon. Karen L. Stevenson

**PLAINTIFFS' EXHIBITS IN SUPPORT OF MOTION FOR ALTERNATE SERVICE**

| Exhibit | Description |
|---|---|
| A | Email to Silvia requesting contact info (10/16/25) |
| B | CBS confirmation of contact with Silvia (10/17/25) |
| C | Follow-up email to Silvia (10/18/25) |
| D | ABC Legal service attempt reports & notes (10/15–10/22/25) |
| E | Bilingual email & text notice (10/23/25) |
| F | Virginia court filing – Case No. CL25007296-00 |
| G | ADR Program Notice |
| H | Consent / Declination to Magistrate Judge Form |
| I | Notice of Judicial Assignment |
| J | Judge Aenlle-Rocha Standing Order |
| K | Original Complaint filed in Case No. 2:25-cv-09450-FLA-KS |
| L | Summons for Defendant Silvia Shasha Zhang |
| M | Summons for Defendant Guojun Xuan |

/s/ Tronderrica James
/s/ Travis James
*Plaintiffs, Pro Se*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT A

Email to Silvia requesting contact info (10/16/25)

EXHIBIT A

Gmail

Janice Kenneth <mrstronjames@gmail.com>

# Confirming Contact and Representation

1 message

**Janice Kenneth** <mrstronjames@gmail.com> Thu, Oct 16, 2025 at 12:46 PM
To: XZ <beierctt@gmail.com>, beierxz@gmail.com

Hi Sylvia,

I hope you're doing well. Please confirm whether this is still your current email address and provide the best email address for Guojun as well.

In addition, please confirm your current mailing addresses for both of you so that I can ensure my records are accurate for legal correspondence.

I have been waiting for outreach from your attorney. You stated in August that your attorney would be reaching out to me. As of today, I have not heard from you or Guojun Xuan attorney. If either of you are represented by an attorney, please also provide your attorney's name and contact information (email, phone, and mailing address) so that I can direct all future communication properly.

Thank you for your timely cooperation,

— Tronderrica James

On Thu, Aug 28, 2025 at 11:12 AM Janice Kenneth <mrstronjames@gmail.com> wrote:

---------- Forwarded message ---------
From: **XZ** <beierctt@gmail.com>
Date: Mon, Aug 4, 2025 at 3:20 PM
Subject: Re: Accountability & Next Steps
To: Janice Kenneth <mrstronjames@gmail.com>

I fully understand your need for timeliness and respect your right to pursue legal action. During this transitional period, I sincerely hope you can appreciate that my cautious responses are intended to ensure every subsequent step withstands legal scrutiny, thereby genuinely facilitating resolution.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT B

CBS confirmation message (10/17/25)

EXHIBIT B

3:10

239

C

Cara at CBS News

iMessage
Thu, Oct 16 at 7:13 PM

Hi Tron, Cara Tabachnick CBS News 445-246-7176. 🙏

Fri, Oct 17 at 10:32 AM

If you have a quick moment to chat, would appreciate a call. 🙏

Fri, Oct 17 at 12:51 PM

Hi Cara,

Thank you for reaching out and for your interest in this story. I truly appreciate the work you and your team do, but at this time I'm **not interested in speaking publicly** about the

EXHIBIT B

3:11

239

C

Cara at CBS News

Oh no, I'm so sorry —- there was some miscommunication on my end. And that is my fault I take full responsibility.

I tried to call you this morning and I'm so sorry you are going through this. I understand there is lots going on but there are so many children involved so we're trying to figure out things quickly

Also we spoke to Silvia today if you want an update.

Mon, Oct 20 at 6:09 PM

Hi Tron, just checking to check in. I'm so sorry about last week. Is there any chance we can speak on the phone one more time? Thanks!

Tue, Oct 21 at 3:08 PM

Hi Tron, Sorry we didn't get to chat earlier. We're publishing a story on the lawsuit. We think this is a very important story and want to give you an opportunity to add any additional comments or statements. And separately, we'd still love to be able to tell your story on television when you are ready.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT C

Follow-up email to Silvia (10/18/25)

EXHIBIT C

Gmail Janice Kenneth <mrstronjames@gmail.com>

# Follow-Up: Urgent Response Needed

1 message

**Janice Kenneth** <mrstronjames@gmail.com> Sat, Oct 18, 2025 at 2:33 PM
To: XZ <beierctt@gmail.com>, beierxz@gmail.com

Silvia,

This message is a follow-up to my previous email which requested good emails and address for you & Guojun. Neither of you have not acknowledged or answered. Despite your lack of response, CBS News confirmed that you spoke with them yesterday on 10/17/25. Your decision to communicate with outside media while refusing to respond directly to me raises serious concern and suggests an intentional effort to avoid private resolution.

I have made several good-faith attempts to contact you directly and address important pending matters that require you & Guojun cooperation. Neither of you have responded. Continued silence or avoidance on your part will be noted as further evidence of unwillingness to engage or respond responsibly.

Please respond within 48 hours of this message so we can address these matters appropriately. Failure to do so will leave me no choice but to pursue appropriate next steps through official federal channels.

With Concern,

Tronderrica James

On Thu, Oct 16, 2025 at 12:46 PM Janice Kenneth <mrstronjames@gmail.com> wrote:

> Hi Sylvia,
>
> I hope you're doing well. Please confirm whether this is still your current email address and provide the best email address for Guojun as well.
>
> In addition, please confirm your current mailing addresses for both of you so that I can ensure my records are accurate for legal correspondence.
>
> I have been waiting for outreach from your attorney. You stated in August that your attorney would be reaching out to me. As of today, I have not heard from you or Guojun Xuan attorney. If either of you are represented by an attorney, please also provide your attorney's name and contact information (email, phone, and mailing address) so that I can direct all future communication properly.
>
> Thank you for your timely cooperation,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT D

ABC Legal service attempt records

EXHIBIT D

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State, Bar number, and address*):
**Tronderrica James <tronjamesbooks@gmail.com>**
**7225 Moonraker Ave Unit 109**
**Las Vegas, NV 89178**
TELEPHONE NO.: **318-759-9557** FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): **Tronderrica James; Travis James**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **600 South Commonwealth Avenue**
MAILING ADDRESS: **600 South Commonwealth Avenue**
CITY AND ZIP CODE: **Los Angeles 90005**
BRANCH NAME: **Central District, Central Civil West Courthouse**

PLAINTIFF/PETITIONER: **Tronderrica James; Travis James**

DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; Guojun**

CASE NUMBER: **2:25-CV-09450-FLA-KS**

# DECLARATION OF NON SERVICE

Ref. No. or File No.: **PS-31493**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONSES IN A CIVIL ACTION; COMPLAINT**

I attempted to serve **Silvia Shasha Zhang**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**10/15/2025 5:26 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. I left Attempt Tag FW3-GPY. I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**

**10/17/2025 5:07 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**

**10/18/2025 10:00 AM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. I called the phone numbers on job number 190694724 which is a ride-along service to the same address for a different individual. When I called 601-888-8888 which is on that job order worksheet I spoke to a male with a heavy Asian accent who could speak almost no English usually I can communicate in this area which is like largely a Chinese area by using my translate device however I can't use it and be on the phone at the same time there's no way to communicate so eventually he put a female on the phone and I told them I had something for Sylvia And she spoke some English she understood what was going on and when I asked if she was at the address of 612 West Camino real Avenue she said no no I don't live there. So I asked her if she could give me her actual address cuz he said no no I don't live there and she hung up**

**10/19/2025 6:21 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, honked horn and called available phones, call box. I spoke with a neighbor who doesn't recognize name. Neighbor across the street said that he doesn't know who lives here but he sees people here sometimes but rarely so he doesn't know if anybody lives here full-time or just comes and goes occasionally or what goes on over here**

**10/20/2025 7:03 PM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box and honked horn. There are two cars here but there's only one light on that I can see and that's above a stairway to the second floor it looks like not in a room**

**10/20/2025 7:04 PM: I placed a phone call to number ending in 8888 resulting in address invalid/moved. I spoke with Silvia Shasha Zhang. The individual appeared to be a female contact. I first spoke to a male with a Chinese accent just as I stated several days ago on my phone attempt who then gave the phone to someone who identified themselves as Sylvia because she could speak some English although her phone number is not on her worksheet but she was there and she stated that she doesn't live at this address and neither does the other subject. I asked her if where they had moved to or whatever and she doesn't speak enough English to tell me a complete answer just she kept saying no no no live there no live there and I cannot use my translation device and have the telephone active at the same time**

Exhibit D

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: 2:25-CV-09450-FLA-KS |
|---|---|
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; Guojun | |

**unfortunately**
**10/21/2025 4:47 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. There's a white Toyota parked in the driveway. There's nothing I can do here except yella's loud as I can since there's no buzzers no nothing to make contact with. I spoke to another neighbor who lives across the street who said that he never sees people come and go from here he doesn't know what goes on here. There are multiple cameras around the house so they must see that I'm coming here and I would assume they see I'm here if they're here**
**10/22/2025 3:01 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 10/22/2025

Michael Smith
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

BY FAX



**DECLARATION OF NON SERVICE**

Tracking #: **0191906829**

REF: **PS-31493**

EXHIBIT D3

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**Tronderrica James <tronjamesbooks@gmail.com>**
**7225 Moonraker Ave Unit 109**
**Las Vegas, NV 89178**
TELEPHONE NO.: **318-759-9557** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Tronderrica James; Travis James**

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **600 South Commonwealth Avenue**
MAILING ADDRESS: **600 South Commonwealth Avenue**
CITY AND ZIP CODE: **Los Angeles 90005**
BRANCH NAME: **Central District, Central Civil West Courthouse**

PLAINTIFF/PETITIONER: **Tronderrica James; Travis James**

DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; Guojun**

CASE NUMBER: **2:25-CV-09450-FLA-KS**

# DECLARATION OF NON SERVICE

Ref. No. or File No.: **PS-31493**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONSES IN A CIVIL ACTION; COMPLAINT**

I attempted to serve **Guojun Xuan**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**10/15/2025 5:24 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**
**10/15/2025 5:26 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. I left Attempt Tag FW3-GPY. I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**
**10/17/2025 5:07 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**10/18/2025 10:11 AM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, called available phones, call box and honked horn. I spoke with a neighbor who doesn't recognize name. I spoke to a middle-aged sounding male basically only spoke Chinese on the phone at number 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. He understood a little English and I told him I was at this address and he said no no and I asked him did he live here at this address he said no no but the rest of it was in Chinese then he put a female on the phone and she identified herself as Sylvia Zhang who is the subject on job number 190694723 and she stated they don't live here I asked for more information and she hung up**
**10/18/2025 10:13 AM: I placed a phone call to number ending in 8888 resulting in address invalid/moved. I spoke with Silvia Shasha Zhang. The individual appeared to be a female contact. I first spoke to a middle-aged sounding Chinese male who basically only spoke Chinese every time I ask about this address if it was correct he said no no no but didn't spoken Chinese again however in a few moments he then put a different person on the phone a female who identified herself as Sylvia Zhang who is the subject on a related job coming here 190694723 and she spoke English and she said she doesn't live at this address I assume she meant the mail too since she apparently was right beside him when I was talking to them on the phone however she was not forthcoming with a new address she just said we don't live here no no no we don't live here then she hung up**
**10/18/2025 10:15 AM: I placed a phone call to number ending in 5411 resulting in leaving voice mail.**
**10/19/2025 6:21 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, honked horn and called available phones, call box. I spoke with a neighbor who doesn't recognize name. Neighbor**

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: 2:25-CV-09450-FLA-KS |
|---|---|
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; Guojun | |

**across the street said that he doesn't know who lives here but he sees people here sometimes but rarely so he doesn't know if anybody lives here full-time or just comes and goes occasionally or what goes on over here**
**10/20/2025 7:03 PM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box and honked horn. There are two cars here but there's only one light on that I can see and that's above a stairway to the second floor it looks like not in a room**
**10/21/2025 4:47 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. There's a white Toyota parked in the driveway. There's nothing I can do here except yella's loud as I can since there's no buzzers no nothing to make contact with. I spoke to another neighbor who lives across the street who said that he never sees people come and go from here he doesn't know what goes on here. There are multiple cameras around the house so they must see that I'm coming here and I would assume they see I'm here if they're here**
**10/22/2025 3:01 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 10/22/2025

Michael Smith
(PRINTED NAME OF DECLARANT)

[signature]
(SIGNATURE OF DECLARANT)

BY FAX



**DECLARATION OF NON SERVICE**

Tracking #: **0191906717**

REF: **PS-31493**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT E

Bilingual notice text + email (10/23/25)

3:20

EXHIBIT E

239

S

2 People

Text Message • SMS
Thu, Oct 23 at 2:16 AM

尊敬的张莎莎 和 宣国军，

此邮件旨在确认，与您二人有关的 阿卡迪亚代孕案件 的法律文件目前正在等待送达。送达员已多次尝试在您上次已知的地址（加利福尼亚州阿卡迪亚市 El Camino Real）进行送达。

请提供您目前完整的邮寄地址，以便送达员能够按照加州法律完成正式送达。

如果在48小时内未收到您的回复，我们将向法院提出替代送达申请，并提交尽职努力的证明。

感谢您对本事项的关注。

此致，
特隆德瑞卡·詹姆斯

Dear Silvia Zhang and Guojun Xuan,

This message is to confirm that legal documents related to the Arcadia surrogacy case are pending delivery for both of you. The process server has made multiple attempts to deliver these documents at your last known address on El Camino Real in Arcadia, California.

Please provide your current and

Text Message • SMS

EXHIBIT E2

3:20

239

S

2 People

特隆德瑞卡·詹姆斯

Dear Silvia Zhang and Guojun Xuan,

This message is to confirm that legal documents related to the Arcadia surrogacy case are pending delivery for both of you. The process server has made multiple attempts to deliver these documents at your last known address on El Camino Real in Arcadia, California.

Please provide your current and complete mailing address so that the process server can complete formal service in accordance with California law.

If we do not receive a response within 48 hours, we will proceed with a motion for alternate service and file proof of our due diligence with the court.

Thank you for your attention to this matter.

Sincerely,
Tronderrica James

Text Message · SMS

3:20 284

EXHIBIT E3

Done

S

**Silvia Shasha Zhang and +1 (601) 888-8888**

Change Name and Photo

call video mail

**2 People**
Silvia Shasha Zhang, +1 (601) 888...

**Silvia Shasha Zhang**
624-223-9048

**+1 (601) 888-8888**

+ Add Contact

Show in Shared with You

Content shared in this conversation will appear in selected apps. Pins will always show. Learn more...

Hide Alerts

Delete and Block this Conversation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT F

Virginia case filing record

1:13 5G

EXHIBIT F

**Access the information you need** to keep up with your clients and stay ahead of the competition all in one place.

## New Suit - Contract

Case:
Xuan, Guojun v. King, Stacy Raelyn
CL25007296-00

Court:
Virginia Circuit Court, City of Chesapeake

Date Filed:
October 14, 2025

Plaintiffs:
Guojun Xuan, Silvia Shasha Zhang

Defendants:
Anthony Gordon King, Sentara Hospitals + 1

Plaintiff Counsel:
Aaron Pomeranz

Case Type:
civil - contract action

Claims:
Contract & Quasi-Contract Claims

law.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT G

ADR program notice

Case: 2:25cv9450 Doc: 6

Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas, NV 89178

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US, Travis James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US
--Case Participants: Judge Fernando L. Aenlle-Rocha (crd_aenlle-rocha@cacd.uscourts.gov), Magistrate Judge Karen L. Stevenson (crd_stevenson@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41144691@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-09450-FLA-KS Tronderrica James et al v. Silvia Shasha Zhang et al Notice to Parties of Court-Directed ADR Program (ADR-8) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 10/16/2025 at 0:04 AM PDT and filed on 10/16/2025

| | |
|---|---|
| **Case Name:** | Tronderrica James et al v. Silvia Shasha Zhang et al |
| **Case Number:** | 2:25-cv-09450-FLA-KS |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(mza)**

**2:25-cv-09450-FLA-KS Notice has been electronically mailed to:**
**2:25-cv-09450-FLA-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US
Travis James

7225 Moonraker Ave No. 109
Las Vegas NV 89178
US

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRONDERRICA JAMES, et al. Plaintiff(s) v. SILVIA SHASHA ZHANG, et al. Defendant(s). | CASE NUMBER: 2:25-cv-09450-FLA-KS |
| | **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM** |

## NOTICE TO PARTIES:

It is the policy of this Court to encourage settlement of civil litigation when such is in the best interest of the parties. The Court favors any reasonable means, including alternative dispute resolution (ADR), to accomplish this goal. *See* L.R. 16-15. Unless exempted by the trial judge, parties in all civil cases must participate in an ADR process before trial. *See* L.R. 16-15.1.

The district judge to whom the above-referenced case has been assigned is participating in an ADR Program that presumptively directs this case to either the Court Mediation Panel or to private mediation. *See* General Order No. 11-10, §5. For more information about the Mediation Panel, visit the Court website, www.cacd.uscourts.gov, under "ADR."

Pursuant to L.R. 26-1(c), counsel are directed to furnish and discuss with their clients the attached ADR Notice To Parties *before* the conference of the parties mandated by Fed.R.Civ.P. 26(f). Based upon the consultation with their clients and discussion with opposing counsel, counsel must indicate the following in their Joint 26(f) Report: 1) whether the case is best suited for mediation with a neutral from the Court Mediation Panel or private mediation; and 2) when the mediation should occur. *See* L.R. 26-1(c).

At the initial scheduling conference, counsel should be fully prepared to discuss their preference for referral to the Court Mediation Panel or to private mediation and when the mediation should occur. The Court will enter an Order/Referral to ADR at or around the time of the scheduling conference.

Clerk, U.S. District Court

October 16, 2025
Date

By /s/ *Megan K Zari*
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

# NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

**Counsel are required to furnish and discuss this Notice with their clients.**

Despite the efforts of the courts to achieve a fair, timely and just outcome in all cases, litigation has become an often lengthy and expensive process. For this reason, it is this Court's policy to encourage parties to attempt to settle their disputes, whenever possible, through alternative dispute resolution (ADR).

ADR can reduce both the time it takes to resolve a case and the costs of litigation, which can be substantial. ADR options include mediation, arbitration (binding or non-binding), neutral evaluation (NE), conciliation, mini-trial and fact-finding. ADR can be either Court-directed or privately conducted.

The Court's ADR Program offers mediation through a panel of qualified and impartial attorneys who will encourage the fair, speedy and economic resolution of civil actions. Panel Mediators each have at least ten years of legal experience and are appointed by the Court. They volunteer their preparation time and the first three hours of a mediation session. This is a cost-effective way for parties to explore potential avenues of resolution.

This Court requires that counsel discuss with their clients the ADR options available and instructs them to come to the initial scheduling conference prepared to discuss the parties' choice of ADR option. The ADR options available are: a settlement conference before the magistrate judge assigned to the case or the magistrate judge in Santa Barbara, the Court Mediation Panel, and private mediation. Counsel are also required to indicate the client's choice of ADR option in advance of the initial scheduling conference. *See* L.R. 26-1(c) and Fed.R.Civ.P. 26(f).

Clients and their counsel should carefully consider the anticipated expense of litigation, the uncertainties as to outcome, the time it will take to get to trial, the time an appeal will take if a decision is appealed, the burdens on a client's time, and the costs and expenses of litigation in relation to the amounts or stakes involved.

Each year thousands of civil cases are filed in this district, yet typically no more than one percent go to trial. Most cases are settled between the parties, voluntarily dismissed, resolved through Court-directed or other forms of ADR, or dismissed by the Court as lacking in merit or for other reasons provided by law.

For more information about the Court's ADR Program, the Mediation Panel, and the profiles of mediators, visit the Court website, www.cacd.uscourts.gov, under "ADR."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT H

Magistrate judge consent form

Case: 2:25cv9450 Doc: 7

Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas, NV 89178

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US, Travis James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US
--Case Participants: Judge Fernando L. Aenlle-Rocha (crd_aenlle-rocha@cacd.uscourts.gov), Magistrate Judge Karen L. Stevenson (crd_stevenson@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41144694@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-09450-FLA-KS Tronderrica James et al v. Silvia Shasha Zhang et al Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered on 10/16/2025 at 0:07 AM PDT and filed on 10/16/2025

| | |
|---|---|
| **Case Name:** | Tronderrica James et al v. Silvia Shasha Zhang et al |
| **Case Number:** | 2:25-cv-09450-FLA-KS |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**
**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (mza)**

**2:25-cv-09450-FLA-KS Notice has been electronically mailed to:**

**2:25-cv-09450-FLA-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US
Travis James

7225 Moonraker Ave No. 109
Las Vegas NV 89178
US

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRONDERRICA JAMES, et al.<br>PLAINTIFF(S),<br>v.<br>SILVIA SHASHA ZHANG, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25–cv–09450–FLA–KS<br><br>**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge** |

The parties are advised they may consent to proceed before any available magistrate judge participating in the Voluntary Consent to Magistrate Judges Program to conduct all further proceedings in the case pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. The consent list and consent form are available on the court's website at http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges-program. To confirm a particular magistrate judge's availability to schedule the trial in the time frame desired by the parties and/or willingness to accommodate any other special requests of the parties, please contact the magistrate judge's courtroom deputy prior to filing the consent.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. The parties can select a participating Magistrate Judge from any of the three divisions in the Central District of California. There may be other advantages or disadvantages which you will want to consider.

The plaintiff or removing party must serve this Notice on each named party in the case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

# EXHIBIT I

Notice of judicial assignment

Case: 2:25cv9450 Doc: 5

Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas, NV 89178

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US, Travis James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US
--Case Participants: Judge Fernando L. Aenlle-Rocha (crd_aenlle-rocha@cacd.uscourts.gov), Magistrate Judge Karen L. Stevenson (crd_stevenson@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41144688@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-09450-FLA-KS Tronderrica James et al v. Silvia Shasha Zhang et al Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 10/16/2025 at 0:04 AM PDT and filed on 10/16/2025

| | |
|---|---|
| **Case Name:** | Tronderrica James et al v. Silvia Shasha Zhang et al |
| **Case Number:** | 2:25-cv-09450-FLA-KS |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge Fernando L Aenlle-Rocha and Magistrate Judge Karen L. Stevenson. (mza)**

**2:25-cv-09450-FLA-KS Notice has been electronically mailed to:**
**2:25-cv-09450-FLA-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Tronderrica James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US

Travis James
7225 Moonraker Ave No. 109
Las Vegas NV 89178
US

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

District Judge **Fernando L Aenlle−Rocha**
Magistrate Judge **Karen L. Stevenson**

The case number on all documents filed with the Court should read as follows:

**2:25−cv−09450 FLA (KSx)**

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

Clerk, U.S. District Court

October 16, 2025
Date

By /s/ *Megan K Zari*
Deputy Clerk

## ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*