

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES; and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG; and
GUOJUN XUAN,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

## NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE

Plaintiffs respectfully move this Court under Fed. R. Civ. P. 4(e)(1) and Cal. Civ. Proc. Code §§ 413.30 and 415.50 for authorization to serve Defendants via:

- Email to their known email addresses; beierctt@gmail.com, beierxz@gmail.com

- Text message to their known mobile numbers; 626-223-9068, 601-888-8888

- Certified mail to their last-known address at 612 W. Camino Real Ave., Arcadia, CA 91007; and

- Publication in The Wall Street Journal (if other methods are unsuccessful and upon Court approval.)

Defendants have evaded service despite multiple attempts, verified communication, and electronic notice.

/s/ Tronderrica James
/s/ Travis James

## DECLARATION OF TRONDERRICA JAMES

I, Tronderrica James, declare: I am a Plaintiff in this action and submit this declaration in support of the Motion for Alternate Service.

1. On October 16, 2025, I emailed Defendant Silvia Zhang requesting confirmation of addresses and counsel. (Exhibit A)

2. On October 17, 2025, CBS confirmed contact with Ms. Zhang. (Exhibit B)

3. On October 18, 2025, I followed up requesting a response. (Exhibit C)

4. From October 15–22, 2025, the process server attempted service at 612 W. Camino Real Ave., Arcadia, CA without access or response. (Exhibit D)

5. The server observed surveillance cameras, trash buildup, changing cars, and spoke with Ms. Zhang confirming notice. (Exhibit D)

6. On October 23, 2025, I sent bilingual service notices via text and email. (Exhibit E)

7. Defendants jointly filed litigation in Virginia (Case CL25007296-00), confirming legal sophistication. (Exhibit F)

8. I received ADR, magistrate consent, and standing-order notices for service. (Exhibits G-J)

9. Despite diligent efforts, Defendants are evading service.

10. I request authorization for email, text, certified mail, and publication if required.

I declare under penalty of perjury this is true and correct.

Executed in Las Vegas, Nevada.

/s/ Tronderrica James

## DECLARATION OF TRAVIS JAMES

I, Travis James, declare I reviewed the Declaration of Tronderrica James and adopt its facts.

I support alternate service via email, text, certified mail, and publication if needed.

Executed in Las Vegas, Nevada.

/s/ Travis James