# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tronderrica James et al<br>PLAINTIFF(S)<br>v.<br>Silvia Shasha Zhang et al<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-cv-09450-FLA-KS<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 10/03/2025 | 1 | Complaint |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to ______________________ at ____________.
- ☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 12/04/2025

By: ______________________
United States District Judge