**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tronderrica James, et al., PLAINTIFF(S) v. Silvia Shasha Zhang, et al., DEFENDANT(S) | CASE NUMBER 2:25-cv-09450-FLA (KSx) **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED. . .

Filed date: December 4, 2025 Document Number(s): 14

☒ Incorrect case number 2:25-cv-09450-FLA-KS was assigned to this ☐ action ☒ document

☒ Case number has been corrected. The correct case number is 2:25-cv-11226-FLA (AJRx)

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ______

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ______ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______ to ☐ Judge ☐ Magistrate Judge ______ . The initials of the new judge(s) are: ______

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______ has been changed to new case number ______ .

☐ Case title is corrected from ______ to ______

☐ Document has been re-numbered as document number ______

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ______ .

☐ Document is missing page number(s): ______

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______

☒ Other: Docket No. 14 in case 2:25-cv-09450-FLA (KSx) is STRICKEN.

CLERK, U.S. DISTRICT COURT

Date: December 9, 2025

By: ______
Deputy Clerk