Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
12/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

-------------------------------------------------------------

TRONDERRICA ROGERS JAMES and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG;
GUOJUN XUAN;
MARK SURROGACY INVESTMENT LLC;
FUTURE SPRING SURROGACY LLC;
Defendants

-------------------------------------------------------------

Case No.: 2:25-cv-09450-FLA-KS

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

Plaintiffs Tronderrica Rogers James and Travis James ("Plaintiffs"), appearing pro se, submit this Response to the Court's December 4, 2025 Order to Show Cause

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

("OSC") regarding subject matter jurisdiction under 28 U.S.C. § 1332. Although the OSC references another plaintiff, it bears this case number, and Plaintiffs respond out of an abundance of caution.

This Response demonstrates that:

(1) Plaintiffs are citizens of Nevada;

(2) all named Defendants are citizens of California; and

(3) the amount in controversy far exceeds $75,000.

Plaintiffs support this Response with the Declaration of Plaintiff Tronderrica Rogers James and attached Exhibits.

## I. FACTUAL BACKGROUND

### A. Surrogacy Arrangement, Fraud and Misrepresentations

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Plaintiff entered into a Gestational Carrier Agreement with Defendants Silvia Shasha Zhang and Guojun Xuan. Defendants represented themselves solely as the “Intended Mother” and “Intended Father.” The Contract stated that Mark Surrogacy was “not a party.” (Exhibits A–B.)

**B. Recruitment Message From “Jasmine”**

On October 19, 2023, “Jasmine” (later identified as Jasmine Hernandez) contacted Plaintiff, describing Defendants as a Chinese couple “longing for their miracle baby” seeking an “independent route.” This message framed the situation as a personal arrangement, not a commercial one. (Exhibit D.)

**C. Role of Defendants’ Agents: Jasmine Hernandez and Andrea Cid**

Both women assisted the arrangement, coordinated logistics, and appeared in person at the fertility clinic on transfer day. Their conduct matched agents/employees of Defendants’undisclosed surrogacy businesses.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**D. Silvia's Agency-Style Pricing Messages**

Defendant Silvia forwarded plaintiff Tronderrica a screenshot in which someone else (green bubble) asks defendant "How much for the surrogate?" Defendant responded, providing a detailed agency-style price quote ("135k… including all agency fees, charges, legal fees, surrogate compensation, insurance costs…"). In an attempt to negotiate the price of plaintiffs' services, defendant intended to use the screenshot as a bargaining tool. Defendant wanted plaintiff to believe that it was the defendant asking another agency how much for a surrogate, and the agency responding to defendant. However, the format shows that defendant authored the return messages. This is determined because the sender would be white bubble and receiver green bubble, from defendants perspective. (Exhibit C.)

**E. Defendants' Undisclosed Surrogacy Agencies**

Public records reveal Defendants own or manage:

- Mark Surrogacy Investment LLC (Silvia – manager/member),

- Hope Surrogacy LLC (Silvia – manager/member),

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

- Future Spring Surrogacy (located in the same El Monte complex),

and other entities tied to Guojun at 10505 Valley Blvd. (Exhibits E–F, L–N.)

**F. Material Breach and Notice**

The Contract defines misrepresentation as a material breach. After discovering Defendants' concealed agency ownership, Plaintiff sent breach notice (Aug 1, 2024). Silvia responded (Aug 2, 2024) promising attorney involvement that never occurred. (Exhibits G–I.)

**G. Plaintiff's Medical Emergency**

Plaintiff suffered acute hemorrhagic blood loss/anemia, required emergency ephedrine (a vasopressor used to prevent hypovolemic shock), and organ failure. (Exhibits O–R.)

**H. Plaintiffs' Financial Losses**

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Plaintiffs incurred hotel and travel expenses totaling $1,829.54 and paid a $1,800 attorney fee tied to the Contract. (Exhibits S–W.)

## II. COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

Plaintiffs are domiciled in Nevada. Defendants reside in California (Arcadia) and operate business entities in multiple California cities. Complete diversity exists.

## III. AMOUNT IN CONTROVERSY EXCEEDS $75,000

### A. Severe Medical Damages

Plaintiff suffered life-threatening hemorrhagic blood loss, requiring 3 rounds of emergency drugs to prevent organ failure.

### B. Economic Damages

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Hotel, travel, and attorney fees were incurred as a result of Defendants' misrepresentations.

**C. Emotional Distress**

The traumatic medical emergency caused lasting psychological injury and trauma to both plaintiffs and their young son. The family is now seeking ongoing therapy.

**D. Punitive Damages**

Intentional fraud, concealment of agency ownership, and coordinated deception strongly support punitive damages under California law.

**IV. EXHIBIT ORGANIZATION**

Exhibits are organized into:

1. Fraud; Misrepresentation (A–I),

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

2. California Residency; Business Operations (J–N),

3. Medical Injury (O–R),

4. Financial Losses (S–W).

## V. CONCLUSION

Plaintiffs respectfully request that the Court:

1. Find complete diversity exists,

2. Find the amount in controversy exceeds $75,000,

3. Discharge the OSC and permit the case to proceed.

Respectfully submitted,

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Tronderrica Rogers James, Plaintiff Pro Se

Travis James, Plaintiff Pro Se

| Exhibit | Description |
|---|---|
| A | Contract page listing Silvia Shasha Zhang and Guojun Xuan as Intended Mother and Intended Father. |
| B | Contract clause stating Mark Surrogacy is 'not a party' to the agreement. |
| C | Screenshot of pricing message sent by Silvia, showing agency-style breakdown. |
| D | Recruitment message from 'Jasmine' describing Defendants as longing for their miracle baby. |
| E | Mark Surrogacy LLC filing listing Silvia as manager/member. |
| F | Hope Surrogacy LLC filing listing Silvia as manager/member. |
| G | Contract section defining misrepresentation as material breach. |
| H | Plaintiff’s Aug 1, 2024 breach-notice email. |
| I | Silvia’s Aug 2, 2024 apology email promising attorney contact. |
| J | Contract listing Defendants’ residence: 612 W. Camino Real Ave, Arcadia, CA. |
| K | Contract listing Mark Surrogacy’s address: 10505 Valley Blvd, El Monte, CA. |
| L | Yudao Management record listing 10505 Valley Blvd. |
| M | Hongxing Investment LLC record listing 10505 Valley Blvd and Guojun as manager. |
| N | Future Spring Surrogacy listing: 10507 Valley Blvd Suite 518. |
| O | Medical record diagnosing acute hemorrhagic/blood loss anemia. |
| P | Medical record showing ephedrine administration (dose 1). |
| Q | Medical record showing ephedrine doses 2 and 3. |
| R | Explanation of emergency treatment and ephedrine use. |
| S | Waldorf Astoria hotel receipt (stay 1). |
| T | Waldorf Astoria hotel receipt (stay 2). |
| U | Hilton hotel receipt (stay 1). |
| V | Hilton hotel receipt (stay 2). |
| W | Attorney retainer showing $1,800 fee paid upfront and deducted. |

EXHIBIT A

Law Offices of Lei, APC
1 Park Plaza. Suite 360
Irvine, CA 92614

# GESTATIONAL SURROGACY CONTRACT

This Gestational Surrogacy Contract (hereinafter "Contract") is entered into by and between **Tronderrica Rogers James** (hereinafter "**Surrogate**" or "Gestational Carrier") and her husband **Travis Travell James** (hereinafter "**Surrogate's Husband**") and **Guojun Xuan** (hereinafter "**Intended Father**") and **Silvia Shasha Zhang** (hereinafter "**Intended Mother**"). The Intended Father and Intended Mother are hereinafter collectively referred to as the "**Intended Parents**." The Surrogate and Surrogate's Husband and the Intended Parents are hereinafter collectively referred to as the "**Parties**."

## RECITALS

1. The Intended Parents represent that they are an **unmarried** couple over the age of twenty-one (21). The Intended Parents desire to enter into this Contract and intend to have a child or children through assisted reproductive technology by transferring the embryo(s) belonging to the Intended Parents to the uterus of the Surrogate by in vitro fertilization ("IVF").

2. The Surrogate and Surrogate's Husband represent that they are a **married** couple over the age of twenty-one (21). The Surrogate desires to enter into this Contract to assist the Intended Parents to have a child or children by acting as their gestational surrogate pursuant to this gestational surrogacy Contract.

3. The Parties enter into this Contract with the express intent and understanding that the Surrogate and Surrogate's Husband will not have any obligations nor any custodial or any parental rights to any Child that the Surrogate may carry and deliver pursuant to this Contract. It is the understanding that the Intended Parents intend to and will be the legal parents of any Child that the Surrogate may carry and deliver pursuant to this Contract.

4. After careful consideration and consulting with or having an opportunity to consult with independent legal counsel, the Parties acknowledge that gestational surrogacy is a new and unsettled area of law and desire to enter into this Contract voluntarily. The Parties represent that they wish to make their intentions and joint commitments clear in this Contract and provide prompt and certain means to resolve any dispute that may arise in the hope that these intentions expressed in this Contract can be enforced in law. All this is for the purpose to promote the legal legality, security, and welfare of the Child.

5. The Parties expressly understand that this Contract does not constitute as a payment for genetic material, a child, or relinquishment of a child.

Now therefore, in consideration of the mutual promises contained herein and with the intention of being legally bound thereby, the Parties agree as follows:

## I. DEFINITIONS

1. "Agency" in this Contract refers to **Mark Surrogacy** located in El Monte, California. It is expressly understood that the Agency is acting as an agent between the Intended Parents and the Surrogate and Surrogate's Husband, Agency is not a Party to this Contract.

2. "Child" in this Contract refers to any child or children conceived and born by the Surrogate pursuant to this Contract's terms and provisions.

3. "IVF Physician" in this Contract refers to an experienced and licensed medical physician specializing in assisted reproductive technology selected and approved by the Intended Parents. The Intended Parents has chosen **Dr. Ashim Kumar** of **Western Fertility Institute - Encino** (hereinafter the "**Medical Clinic**") located at 16260 Ventura Blvd., # 210, Encino, CA 91436 as their IVF Physician. The Parties may mutually agree and choose a different IVF Physician.

4. "Embryo(s)" in this Contract refers to the embryos clinically created with **an Egg donor's eggs and Intended Father's sperm** via IVF.

5. "Embryo Transfer Procedure" in this Contract refers to the medical procedure performed and supervised by the IVF Physician to transfer the Intended Parents' embryo(s) to the uterus of the Surrogate.

6. "Pregnancy" in this Contract refers to a live pregnancy verified by ultrasound and the IVF Physician as a result of the Embryo Transfer Procedure.

## II. REPRESENTATIONS AND WARRANTIES

1. The Surrogate and Surrogate's Husband's decision to enter into this Contract is a decision made after thorough and careful consideration and without any coercion or duress. The Surrogate and Surrogate's Husband represent that they are entering this Contract voluntarily and freely and the Surrogate warrants to the best of her knowledge that she is capable of conceiving and delivering a normal and healthy Child.

EXHIBIT G

7:18 SOS 10

Lin Hui
Active 13m ago

won't take less than what I made the first time.




Look this is an agency I was looking to get a surrogate from and there asking for 135k it includes everything with experience

And they are In California

I find it hard to understand how you could ask for this much and be in Nevada. Your not with an agency.

You shouldn't l arging this much, I wish you were more

Aa

EXHIBIT D

3:53 5G 87

◀ Facebook

10 Facebook user

# Facebook user

View profile

OCT 19, 2023 AT 10:58 AM

Hello Mrs Tron James. My name is Jasmine and I have a couple I know who is looking to go the independent route. They are a Chinese couple, have been longing for their miracle baby. Would it interest you to help this couple so I may provide your information to their assistant, they have a language barrier. Located in Los Angeles, CA

EXHIBIT E

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-C53756

# FILED

In the office of the Secretary of State of the State of California

MAY 16, 2021

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

MARK SURROGACY INVESTMENT LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 202113411118 | CALIFORNIA |

**4. Business Addresses**

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>612 W CAMINO REAL AVE | ARCADIA | CA | 91007 |
| b. Mailing Address of LLC, **if different than item 4a**<br>612 W CAMINO REAL AVE | ARCADIA | CA | 91007 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>612 W CAMINO REAL AVE | ARCADIA | CA | 91007 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SILVIA | | ZHANG | |
| b. Entity Name - Do not complete Item 5a | | | |
| c. Address<br>612 W CAMINO REAL AVE | City (no abbreviations)<br>ARCADIA | State<br>CA | Zip Code<br>91007 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State<br>CA | Zip Code |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

AAA AMERICAN CPA, INC (C3925642)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

SURROGACY AND REAL ESTATE

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| GUILAN | | HUANG | |
| b. Address<br>612 W CAMINO REAL AVE | City (no abbreviations)<br>ARCADIA | State<br>CA | Zip Code<br>91007 |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 05/16/2021 | GUILAN HUANG | CEO | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT F

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-B85064

**FILED**

In the office of the Secretary of State
of the State of California

APR 05, 2021

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
HOPE SURROGACY LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 202109111463 | CALIFORNIA |

**4. Business Addresses**

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>710 TONNER DR., | Pomona | CA | 91768 |
| b. Mailing Address of LLC, **if different than item 4a**<br>710 TONNER DR., | Pomona | CA | 91768 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>710 TONNER DR., | Pomona | CA | 91768 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Silvia | | Zhang | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 710 TONNER DR., | Pomona | CA | 91768 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Silvia | | Zhang | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 710 TONNER DR., | Pomona | CA | 91768 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
CONSULTANTS

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 04/05/2021 | Silvia Zhang | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT G

Final GSC-Zhang Xuan Tro...

exposure or diagnosis of an infectious disease, major injury, or death of a Party, change in marital status, change in employment status and/or change in Medical Insurance coverage.

**XXIV. MATERIAL BREACH**

1. Before declaring one Party materially breached this Contract, the aggrieved non-breaching Party shall provide the alleged breaching Party with a written notice within a reasonable time after discovery of such breach and inform the alleged breach Party the details of the alleged breach. If the alleged breach of this Contract can be cured within a reasonable time, then the alleged breaching Party shall be given the opportunity to cure the alleged breach. If the alleged breach of this Contract cannot be cured or the alleged breaching Party fails to cure the alleged breach after given the opportunity, then alleged breaching Party shall be deemed to have materially breached this Contract.

2. In the event that any Party materially violates any of the provisions contained herein without a valid legal excuse, such violation shall constitute a material breach of this Contract, and



in addition to all other remedies available at law or equity, this Contract may be terminated forthwith at the option of the aggrieved non-breaching Party without further liability on the part of the aggrieved non-breaching Party so long as the Surrogate is not currently pregnant. In the event the Surrogate is pregnant at the time a breach occurs, the rights and obligations of the Intended Parents with respect to the Child are not affected and shall continue in full force and effect and the waiver and relinquishment of all parental and legal rights by the Surrogate are not affected and shall continue in full force and effect.

3. In the event the Surrogate materially breaches this Contract, the Intended Parents are under no obligation to continue making payments to the Surrogate or reimburse any of the expenses incurred by the Surrogate. In addition, in the event of a material breach without legal excuse, which cannot be cured by Surrogate, the Surrogate shall reimburse the Intended Parents for all sums expended pursuant to this Contract at the time the breach was discovered. In the event the Intended Parents are found to be in material breach of this Contract without legal excuse, the Surrogate shall still receive all funds due to her pursuant to this Contract.

4. Regardless of whether the Intended Parents ceased paying the Surrogate due to a breach caused by negligent or willful conduct of the Surrogate, or a breach occurred due to the negligent or willful conduct of any Party, the Surrogate shall at all times continue to be responsible for attending all medical appointments and abiding by the terms of this Contract.

5. Any violation of the representations and/or warranties contained herein, or misrepresentations by a Party shall be considered as a material breach. In the event a material breach can be cured and is cured by the breaching Party, the aggrieved non-breaching Party's continued performance will constitute a waiver. The continued performance of the aggrieved non-breaching Party will not constitute a waiver if the breach is not cured.

6. Both Parties acknowledge and understand certain terms and provisions in this Contract such as custody of the Child and parental rights will not be affected even if this Contract is terminated due to breach or otherwise. The Parties agree that the Intended Parents are and will be the sole legal parents of the Child born pursuant to this Contract unless the Surrogate is genetically related to the Child.

7. In no event, shall any Party be deemed to have breached this Contract where the inability to perform timely or at all is due to a cause which is beyond the control of a Party to this Contract, such as death, natural disaster, a serious injury to any Party or an act of God.

//
//
//

EXHIBIT H

Gmail Janice Kenneth <mrstronjames@gmail.com>

# Final Notice: Breach of Contract, Fraud, and Legal Action

**Janice Kenneth** <mrstronjames@gmail.com> Fri, Aug 1 at 8:18 AM
To: XZ <beierctt@gmail.com>, <beierxz@gmail.com>

**Subject:** Final Notice: Breach of Contract, Fraud, and Legal Action

Silvia & Guojon,

You were given more than enough time to respond to my very clear, very reasonable request: explain why you misrepresented yourself in our surrogacy agreement, and tell me the truth about what happened to the baby I carried — the baby you named **Poppy**.

You told me your attorney would respond within 48 hours. That didn't happen. You then said they'd respond by the end of the week. That also didn't happen.

I see very clearly now what this is: **a calculated silence. A stall. A dodge. A cover-up.**

Let me be crystal clear: **I am done waiting.** You gambled with my life. You gambled with the life of a child. You misled me, misrepresented your role, and may have broken multiple state and federal laws in the process — and you still haven't had the decency to provide a single truthful explanation.

What you did — and what you continue to do by staying silent — is **foul**, reckless, and cruel. You knew what you were doing when you posed as both an intended parent and an agency. You knew it was wrong when you cut off all contact. And now you want to hide behind vague promises and phantom lawyers?

No more.

**I am moving forward immediately with any and all legal remedies available to me**, including but not limited to:

- Filing a civil lawsuit against you and Guojun for **fraud, breach of contract, and intentional emotional distress**
- Pursuing **punitive damages** based on material misrepresentation
- Sharing my case with the **FBI and federal authorities** investigating unlicensed surrogacy networks and child welfare violations
- Cooperating fully with the **media, advocacy groups, and child protective services**

This story will not be buried — **not by silence, not by money, and not by fear.** I am not weak minded and spineless, you will soon find out that you played with the wrong one.

You exploited my trust, my body, and my motherhood — and now you will face the consequences.

**I will no longer be silenced. I will not back down.**

Sincerely,
**Tronderrica James**
318-759-9557

On Fri, Jul 25, 2025 at 6:51 AM XZ <beierctt@gmail.com> wrote:

My lawyer will contact you by the end of next week.

On Thu, Jul 24, 2025 at 12:37 AM Janice Kenneth <mrstronjames@gmail.com> wrote:

Gmail

EXHIBIT I

Janice Kenneth <mrstronjames@gmail.com>

## Final Notice: Breach of Contract, Fraud, and Legal Action

**XZ** <beierctt@gmail.com> Sat, Aug 2 at 10:40 AM
To: Janice Kenneth <mrstronjames@gmail.com>

Dear Tronderrica,

I've received your email and understand how deeply upsetting this situation has been for you. While I'm not in a position to respond to everything in detail right now, please know that I'm not ignoring your concerns, and I take them seriously.

I'm currently in the process of retaining legal counsel to help address this matter properly and responsibly. I understand that you've been waiting, and I'm sorry for the delay.

As I previously mentioned, I fully intend to have legal counsel respond to you. I apologize that this process is taking longer than expected. I have not yet finalized legal representation, but I am actively working to do so.

I understand your concern for the child you helped bring into the world. While I'm not in a position to go into details, I can tell you that Poppy is safe, healthy, and well cared for.

I hope this brings you some peace of mind. Further communication will come through legal counsel once retained.

This situation is complex and emotional for everyone involved, and I do hope we can find a way to move forward that respects all parties and brings some clarity and closure. I believe it's in everyone's best interest to approach this carefully, and I'm open to discussing a resolution through the appropriate channels once I've secured legal representation.

In the meantime, I respectfully ask for your patience and understanding. For the sake of everyone involved — especially the child — I hope we can allow this to proceed in a respectful and lawful manner.

Thank you for your understanding.

Sincerely,

[Quoted text hidden]

EXHIBIT

**XLIII. AMENDMENT**

1. This Contract shall be amended only when both Parties sign a written addendum.

**XLIV. TRANSLATION**

Should this Agreement be translated into another language, this English version shall control. The Parties agree that the attorneys drafting and reviewing the Agreement are not responsible for any errors in the translated version.

**XIV. ATTORNEYS' FEES AND COSTS**

In the event litigation is required to interpret or enforce the terms of this Agreement in a court of competent jurisdiction, the prevailing party shall be entitled to reasonable attorneys' fees, court costs, and to any other relief which the court determines.

**XLVI. NOTICE**

1. Any and all written notice to be served pursuant to this Contract shall be considered served on the day delivered. Either Party shall serve the other Party in ways including but not limited to by personal delivery, by email, mail with courier service such as Federal Express, UPS, DHL, or U.S. Mail.

**If to the Intended Parents:**

Guojun Xuan and Silvia Shasha Zhang
Address: 612 W Camino Real Ave, Arcadia, CA 91007
Phone: 626-955-2666

**With a copy to:**

Lei Bai, Esq.
Law Offices of Lei, APC
Address: 1 Park Plaza. Suite 360. Irvine, CA 92614
Email: Lei@bllaws.com

**If to the Surrogate and Surrogate's Husband:**

Tronderrica Rogers James and Travis Travell James
Address: 2675 Windmill Pkwy., Apt 3221, Henderson, NV 89074
Email: mrstronjames@gmail.com

EXHIBIT K

Phone: (318)759-9557

**With a copy to:**
Eric A. Stovall, Esq.
Eric A. Stovall, Ltd
Address: 200 Ridge St #222, Reno, NV 89501
Email: diane@ericstovalllaw.com

**If to the Agency, the Intended Parents or the Surrogate and Surrogate's Husband:**

Mark Surrogacy
Address: 10505 Valley Blvd. El Monte, CA 91731
Email: info@marksurrogacy.com
Phone: 626-233-7581

**XLV. SIGNATURES**

1. By signing this Contract, the Parties represent that they have reviewed this Contract with their legal counsels and agree to the terms and provisions in this Contract. The Parties warrant that they will not execute or attempt to execute any other documents or contracts conflict with the terms and provisions contained herein. If any Party executes a document or contract conflicts with any and all terms and provisions contained herein, the Parties hereby agree that this Contract shall supersede all other documents or contracts.
2.

**XLVII. FREE AND VOLUNTARY EXECUTION**

1. Both Parties acknowledge that they fully understand this Contract and its legal effect. The Parties are signing this Contract freely and voluntarily without any coercion. No Party shall have any reason to believe that any Party executed this Contract not freely or involuntarily.

**[Signature page follows]**



GC____GCH____ IF____IM____

EXHIBIT L

California Secretary of State
Electronic Filing

FILED
Secretary of State
State of California

# General Stock Corporation - Articles of Incorporation

| | |
|---|---|
| Entity Name: | YUDAO MANAGEMENT INC |
| Entity (File) Number: | C4781356 |
| File Date: | 08/24/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

## Detailed Filing Information

1. Corporate Name: YUDAO MANAGEMENT INC
2. Business Addresses:
   a. Initial Street Address of Corporation: 10505 VALLEY BLVD, SUITE 346, EL MONTE, California, 91731, United States of America
   b. Initial Mailing Address of Corporation: 10505 VALLEY BLVD, SUITE 346, EL MONTE, California, 91731, United States of America
3. Agent for Service of Process:
   Individual Agent: Guojun Xuan, 10505 VALLEY BLVD, SUITE 346, EL MONTE, California, 91731, United States of America
4. Shares: 1000
5. Purpose Statement: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: Guojun XUAN

EXHIBIT M

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-G11786

**FILED**

In the office of the Secretary of State of the State of California

NOV 19, 2021

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

HONGXING INVESTMENT LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201910510080 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>10505 VALLEY BLVD, STE 346 | El Monte | CA | 91731 |
| b. Mailing Address of LLC, **if different than item 4a**<br>10505 VALLEY BLVD, STE 346 | El Monte | CA | 91731 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>10505 VALLEY BLVD, STE 346 | El Monte | CA | 91731 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Guojun | | Xuan | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10505 Valley Blvd, STE 346 | El Monte | CA | 91731 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| GUOJUN | | XUAN | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10505 Valley Blvd, STE 346 | El Monte | CA | 91731 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
REAL ESTATE INVESTMENT, MANAGEMENT

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| DONGCHAO | | XUAN | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10505 Valley Blvd, STE 346 | EL MONTE | CA | 91731 |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 11/19/2021 | GUOJUN XUAN | MANAGER | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



2017 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT N

6303226

B2880-7175 07/11/2024 11:13 AM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: 6303226

Date Filed: 7/11/2024

Corporation Name

| | |
|---|---|
| Corporation Name | Future Spring Surrogacy |

Initial Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 10507 VALLEY BLVD<br>518<br>EL MONTE, CA 91731 |

Initial Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 10507 VALLEY BLVD<br>518<br>EL MONTE, CA 91731 |
| Attention | |

Agent for Service of Process

| | |
|---|---|
| Agent Name | LEIJUN TANG |
| Agent Address | 10507 VALLEY BLVD<br>518<br>EL MONTE, CA 91731 |

Shares

The total number of shares the corporation is authorized to issue is: 1,000

Does the corporation have more than one class or series of shares? No

Purpose Statement

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

Electronic Signature

☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*LEIJUN TANG* — Incorporator Signature

*07/11/2024* — Date

EXHIBIT (1)

-- Anemia due to other condition, Please specify condition.
-- Anemia, unspecified
-- Other - I will add my own diagnosis
-- Disagree - Not applicable / Not valid
-- Disagree - Clinically unable to determine / Unknown
-- Assign to another provider

QUERY RESPONSE:

The patient has anemia due to acute hemorrhagic/blood loss.

Query created by: Murugan, Nithya on 2/26/2025 5:25 AM

Electronically Signed by Amit X Garg, MD on 03/04/25 at 1252

PATIENT NAME: JAMES,TRONDERRICA ACCOUNT #: H89682853588

EXHIBIT P



| ADMINISTRATION PERIOD: 0600 02/23/25 to 0559 02/24/25 (Continued) | START/ STOP | |
|---|---|---|
| **ePHEDrine 50MG/ML VIAL (ePHEDrine 50MG/ML (VIAL))**<br>**50 MG** IM ONE TIME ONLY<br>Comments: **************************************************<br>Note: IV administration of this drug is restricted by policy to ICU areas only<br>**************************************************<br>RX #: H14019967 | 02/21/25<br>05/22/25 | 1530 Pharmacy Discontinue DISCHARGE |
| **FERROUS SULFATE EC (FERROUS SULFATE 325 MG TAB)**<br>**325 MG** PO TWICE DAILY<br>RX #: H14023847 | 02/22/25<br>05/23/25 | 0900 HNURLC at 0826 GAVE: 325 MG<br>Barcode Medication: FERROUS SULFATE 325 MG TAB<br>NDC/DIN: 0245010889 (SOURCE: eMAR)<br>02/23/25-0827 File Document by HNURLC<br>1530 Pharmacy Discontinue DISCHARGE |
| **IBUPROFEN 800 MG TABLET (IBUPROFEN 800 MG TAB)**<br>**800 MG** PO EVERY 8 HOURS AS NEEDED/PRN<br>PRN Reason: Cramping<br>Comments: GIVE WITH MEALS, MILK OR SNACKS.<br>RX #: H14019870 | 02/21/25<br>05/22/25 | 1530 Pharmacy Discontinue DISCHARGE |
| **HYDROCODONE/APAP 5/325MG *CONTROL-SUB GREEN* (HYDROCODONE/APAP 5/325MG (TAB))**<br>**1 TAB** PO EVERY 4 HOURS AS NEEDED/PRN<br>PRN Reason: Pain Scale 4-6<br>Comments: Limit total acetaminophen dose to 4 grams daily. Limit total acetaminophen dose to 2 grams daily for patients with hepatic dysfunction.<br>RX #: H14019869 | 02/21/25<br>05/22/25 | 0827 HNURLC at 0827 GAVE: 1 TAB<br>Barcode Medication: HYDROCODONE/APAP 5/325MG (TAB)<br>NDC/DIN: 0406012323 (SOURCE: eMAR)<br>Administering for pain management: Yes<br>(End)<br>Pain details:<br>Pain location: Abdomen<br>Pain description: Burning<br>Pain scale utilized:: Verbal numeric<br>Numeric pain scale:: Severe pain-7<br>Pain intensity:: 7<br>RULE: Pain Scale Alert for NUR v4<br>RULE: Dispose of in Green Waste Bin<br>02/23/25-0827 File Document by HNURLC<br>1530 Pharmacy Discontinue DISCHARGE |
| **ONDANSETRON ODT (ONDANSETRON 4 MG/ODT.TAB ODT.TAB)**<br>**4 MG** PO EVERY 8 HOURS AS NEEDED/PRN<br>PRN Reason: Nausea or Vomiting<br>RX #: H14019873 | 02/21/25<br>05/22/25 | 1530 Pharmacy Discontinue DISCHARGE |

*** CONTINUED ON PAGE 20 ***

This document is part of the legal medical record.

EXHIBIT Q



| ADMINISTRATION PERIOD: 0600 02/20/25 to 0559 02/21/25 (Continued) | START/ STOP | |
|---|---|---|
| **METOCLOPRAMIDE INJ (METOCLOPRAMIDE HCL 10 MG/2 ML VIAL)**<br>**10 MG** IV ONE TIME ONLY/ONE<br>RX #: H14019941 | 02/21/25<br>02/21/25 | 0153 Order Entry HNURBV1<br>0200<br>0200 Pharmacy Edit or Verification HPHARSG<br>0200 Pharmacy Edit or Verification HPHARSG<br>0201 Pharmacy Discontinue SCHEDULER |
| **ePHEDrine 50MG/ML VIAL (ePHEDrine 50MG/ML (VIAL))**<br>**50 MG** IM ONE TIME ONLY<br>Comments: ************************************************<br>Note: IV administration of this drug is restricted by policy to ICU areas only<br>************************************************<br>RX #: H14019967 | 02/21/25<br>05/22/25 | 0211 Order Entry HNURHA<br>0212 Pharmacy Edit or Verification HPHALAI<br>0218 Nursing Acknowledged Order HNURBV1<br>0218 HNURBV1 at 0218 SITE: ROT - Right Outer Thigh GAVE: 50 MG<br>Barcode Medication: ePHEDrine 50MG/ML (VIAL)<br>NDC/DIN: 7257215001 (SOURCE: eMAR)<br>.<br>Indication/common side effects reviewed w/pt and/or family and acknowledged: Yes<br>:: EPHEIA501:Increased BP/HR, insomnia, nervousness<br>Difference between amount dispensed and amount administered was discarded.<br>02/21/25-0218 File Document by HNURBV1 |
| **ePHEDrine 50MG/ML VIAL (ePHEDrine 50MG/ML (VIAL))**<br>**See Dose Ins.** ,ROUTE ,STK-MED/ONE<br>Comments: ************************************************<br>Note: IV administration of this drug is restricted by policy to ICU areas only<br>************************************************<br>RX #: H14019968 | 02/21/25 | 0212<br>0214 Pharmacy Discontinue STK MED |
| **TERBUTALINE (1 MG/1 ML) INJ (TERBUTALINE SULFATE 1 MG/ML AMP)**<br>**0.25 MG** SUBQ ONE TIME ONLY/PRN<br>PRN Reason: Fetal Bradycardia/Tachysystole<br>Comments: ************************************************<br>Note: IV administration of this drug is restricted by policy to ICU areas only<br>************************************************<br>RX #: H14017695 | 02/20/25<br>05/21/25 | 1121 Order Entry HNURAB8<br>1123 Pharmacy Edit or Verification HPHALB |

*** CONTINUED ON PAGE 7 ***
This document is part of the legal medical record.

**Ephedrine can be used in emergency medicine to help treat extreme cases of hemorrhaging from blood loss that lead to hypovolemic shock.** When a person loses a significant amount of blood, the circulating blood volume drops so low that the body can no longer maintain blood pressure, causing hypovolemic shock. At that point, the body is deprived of the oxygen-carrying blood it needs, and **vital organs — including the brain, kidneys, liver, and heart — can begin to shut down within minutes.** In these situations, ephedrine is sometimes administered as a **temporary stabilizing medication** because it increases heart rate and causes venous constriction, which helps return more blood to the heart and raises blood pressure long enough for doctors to control the hemorrhaging. Although it is **not a substitute for fluids or transfusion**, its recognized use in treating shock underscores the severity of the patient's condition — meaning my level of blood loss was so dangerous that a drug reserved for **critical hypovolemic shock with risk of organ failure** was required to keep me alive.

**Source:**

Eldor, J. *Ephedrine in the Initial Treatment of Haemorrhagic Shock*. **Medical Hypotheses** 36, no. 3 (1991): 284–285.
Product Information, DBL Ephedrine Sulfate Injection: "Indicated in the treatment of shock unresponsive to fluid rep[illegible]ement."

EXHIBIT 5

**Your Booking ID. MRUS1244116 is Confirmed.**

We are pleased to inform you that your reservation request has been received and confirmed.

**Dear Traveller,**

We are pleased to inform you that your reservation request has been received and confirmed.

Booking ID. MRUS1244116



## Waldorf Astoria Monarch Beach Resort & Club

US, Dana Point, 1 Monarch Beach Resort,

1-949-2343900

| Check-in | Check Out | No. of Nights | Guests & Rooms |
|---|---|---|---|
| **07 Jun 24** | **09 Jun 24** | **2 Nights** | **2 Traveller, 1 Room** |

Contact Information

**Tronderrica James** **+1(318) 759-9557** Mrstronjames@gmail.com

| Room | Room Type | Guests |
|---|---|---|
|  | ROOM 1<br>Standard King Room (Garden View)<br>Non-Refundable<br>Meal plan : Room only | 2 Adult 0 Child |

## Billing Details

Credit Card
xxxx - xxxx - xxxx - 1663
Confirmed

+1(318) 759-9557

Mrstronjames@gmail.com

## Payment Details

Room 1

Standard King Room (Garden View)

| | |
|---|---|
| $ 478.01 x 2 Nights | **$ 956.02** |
| **Taxes And Fees (Inc.)** | **$233.32** |
| **Total Amount** | **$ 1189.34** |

* Please note, rates provided are only applicable for US Citizens or Residents. Hotel/s may at its discretion either cancel original booking or charge an additional amount upon Check In, if customer is unable to verify appropriate nationality.

Non-Refundable
This booking is Non-Refundable.

EXHIBIT T

WALDORF ASTORIA HOTELS & RESORTS

WALDORF ASTORIA MONARCH BEACH
MONARCH BEACH RESORT NORTH
DANA POINT, CA 92629
United States of America
TELEPHONE 949-234-3200 • FAX 949-234-3201
Reservations
www.hilton.com or 1 800 HILTONS

JAMES, TRONDERRICA

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 637/Q2RRI |
| Arrival Date: | 6/7/2024 8:00:00 PM |
| Departure Date: | 6/9/2024 3:41:00 PM |
| Adult/Child: | 2/0 |
| Cashier ID: | ERKO |
| Room Rate: | |
| AL: | |
| HH # | 1267354452 BLUE |
| VAT # | |
| Folio No/Che | 217722 A |

Confirmation Number: 3522527030

WALDORF ASTORIA MONARCH BEACH 6/9/2024 3:40:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 6/7/2024 | HONOR BAR BARTECH | LINTR | 1990755 | $9.00 | | |
| 6/7/2024 | VALET PARKING | LINTR | 1991106 | $70.00 | | |
| 6/7/2024 | RESORT CHARGE | ALSO | 1991975 | $63.00 | | |
| 6/7/2024 | CA TOURISM ASSESSMENT | ALSO | 1991975 | $0.20 | | |
| 6/7/2024 | RESORT CHARGE OCCUPANCY TAX | ALSO | 1991975 | $6.30 | | |
| 6/8/2024 | VALET PARKING | LINTR | 1994091 | $70.00 | | |
| 6/8/2024 | RESORT CHARGE | ALSO | 1994994 | $63.00 | | |
| 6/8/2024 | CA TOURISM ASSESSMENT | ALSO | 1994994 | $0.20 | | |
| 6/8/2024 | RESORT CHARGE OCCUPANCY TAX | ALSO | 1994994 | $6.30 | | |
| 6/9/2024 | VS *5600 | RAMI | 1996436 | | ($288.00) | |
| | | | **BALANCE** | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 032023 | MERCHANT ID | 8057984105 |
| CARD NUMBER | VS *5600 | EXP DATE | 03/31 |
| TRANSACTION ID | 1996436 | TRANS TYPE | Sale |

EXHIBIT "U"

# Receipt from Traveluro

Receipt #4691125

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $ 273.00 | June 02, 2024 | - 6520 |

SUMMARY

Name: Tronderrica James

Hotel Name: Hilton Los Angeles/Universal City

Trip Id: 8588086

Email: mrstronjames@gmail.com

Check-In: June 06, 2024

Check-Out: June 07, 2024

| | |
|---|---|
| 1 Nights | $ 234.88 |
| Taxes and Fees | $ 38.12 |
| **Amount Paid** | **$ 273.00** |

Please note that this is NOT a confirmation of your booking, please lookout for a separate confirmation email with details regarding your reservation.

This is an automated message, please do not reply to this email. If you have any question please contact us or review our privacy policy and terms of use

© 2024 Holisto LTD. All rights Reserved . Registration number: 515341535

EXHIBIT V

Hilton
HOTELS & RESORTS

HILTON LOS ANGELES/UNIVERSAL CITY
555 UNIVERSAL HOLLYWOOD DR
UNIVERSAL CITY, CA 91608
United States of America
TELEPHONE 818-506-2500 • FAX 818-509-2058
Reservations
www.hilton.com or 1 800 HILTONS

JAMES, TRONDERRICA

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 1063/K1RRQ |
| Arrival Date: | 6/6/2024 7:20:00 PM |
| Departure Date: | 6/7/2024 2:56:00 PM |
| Adult/Child: | 2/0 |
| Cashier ID: | ASITTHISOM |
| Room Rate: | |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 1945376 A |

Confirmation Number: 3528119201

HILTON LOS ANGELES/UNIVERSAL CITY 6/7/2024 2:55:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 6/6/2024 | CITY TOURISM | SAMEH_SHEHATA | 12423187 | $7.00 | | |
| 6/6/2024 | LA HOTEL ORDINANCE | SAMEH_SHEHATA | 12423188 | $11.00 | | |
| 6/6/2024 | STATE TOURISM | SAMEH_SHEHATA | 12423189 | $0.70 | | |
| 6/6/2024 | PARKING - VALET | SAMEH_SHEHATA | 12423190 | $55.00 | | |
| 6/6/2024 | CITY TAX | SAMEH_SHEHATA | 12423190 | $5.50 | | |
| 6/7/2024 | VS *1663 | ASITTHISOM | 12425340 | | ($79.20) | |
| | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 6/6/2024 | STAY TOTAL |
|---|---|---|
| MISCELLANEOUS | $73.70 | $73.70 |
| OTHER | $5.50 | $5.50 |
| DAILY TOTAL | $79.20 | $79.20 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

TAKE ADVANTAGE OF VIDEO CHECK OUT USING YOUR TELEVISION.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 036352 | MERCHANT ID | 88997 |
| CARD NUMBER | VS *1663 | EXP DATE | 05/28 |
| TRANSACTION ID | 12425340 | TRANS TYPE | Sale |



xxxxxxxxx,

EXHIBIT W

# ERIC A. STOVALL, LTD.

ATTORNEY AT LAW

200 RIDGE STREET • SUITE 222
RENO, NEVADA 89501

775.337.1444
FAX: 775.337.1442

February 29, 2024

Tronderrica Rogers James

Re: Gestational Carrier Agreement Review

Dear Tronderrica:

This firm has been asked by you to assist you in your Gestational Carrier Agreement (GCA) review. This letter describes our anticipated representation of you in this matter.

We will provide you with representation for this uncontested matter. We will review, make any corrections to the GCA and negotiate any request changes for you with the attorney representing the Intended Parents. We are only being paid to represent you through the contracting process. Accordingly, our representation of you will conclude upon your execution of the GCA unless another retainer agreement between us is executed.

The total fee for this uncontested matter is a flat fee of $1,800.00. It covers the review, corrections, changes and negotiations and will be paid by the Intended Parents. Please remember that although the Intended Parents are paying the attorney's fees and costs for you in this matter, this firm represents you and your interests, not theirs.

Please sign the agreement below and return it to us. They will send payment for the flat fee of $1,800.00. If you have any questions about our services or fees, please do not hesitate to call.

Very truly yours,

Eric A. Stovall, Esq.

EAS/dd

I have read and understand this letter and agree to retain the services of Eric A. Stovall, Ltd. pursuant to the terms stated above.

Tronderrica Rogers James