Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
12/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---------------------------------------------------------------

TRONDERRICA ROGERS JAMES and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG;
GUOJUN XUAN;
MARK SURROGACY INVESTMENT LLC;
FUTURE SPRING SURROGACY LLC;
Defendants

---------------------------------------------------------------

Case No.: 2:25-cv-09450-FLA-KS

## DECLARATION OF TRONDERRICA ROGERS JAMES

I, Tronderrica Rogers James, declare:

1. I am a Plaintiff in this action. I make this Declaration in support of Plaintiffs' Response to the Court's Order to Show Cause regarding subject-matter jurisdiction. I have personal knowledge of the facts set forth below and could testify to them competently if called as a witness.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

2. My husband, Travis James, is a co-Plaintiff in this matter. We are both domiciled in the State of Nevada, which is our permanent home and where we intend to remain. We are therefore citizens of Nevada for purposes of diversity jurisdiction.

**SECTION I — INITIAL CONTACT AND RECRUITMENT**

3. The surrogacy arrangement underlying this lawsuit began in October 2023, when I was contacted by an individual identifying herself as "Jasmine."
4. I later learned her full name is Jasmine Hernandez, and that she was acting as an agent or employee of Defendants' undisclosed surrogacy businesses.
5. On October 19, 2023, Jasmine sent me a message describing the intended parents as a "Chinese couple… longing for their miracle baby." A true and correct copy of this message is attached as Exhibit D.
6. This message presented the situation as a personal, independent arrangement—not a commercial surrogacy program operated by agency owners.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**SECTION II — SILVIA'S AGENCY-STYLE PRICING AND CONCEALED ROLE**

7. I communicated directly with Defendant Silvia Shasha Zhang, who also used the name "Lin Hui."
8. Silvia sent me a screenshot showing her responding to a pricing question: "How much to get her as a surrogate?" She responded "135k" and explained that the amount included "agency fees, legal fees, surrogate compensation, insurance costs," and other charges. A true and correct copy is attached as Exhibit C.
9. The structure and language in this screenshot show Silvia authored these statements herself and performed agency-like functions.
10. At no time did Silvia disclose that she was the manager/member of Mark Surrogacy Investment LLC or Hope Surrogacy LLC.

**SECTION III — THE CONTRACT AND MISREPRESENTATIONS**

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

11. Defendants later presented me with a Gestational Carrier Agreement identifying themselves only as Intended Mother and Intended Father. (Exhibit A.)

12. The Contract contains a clause stating Mark Surrogacy "is not a party" to the agreement. (Exhibit B.)

13. This was false and misleading because Silvia actually owns and operates Mark Surrogacy.

14. The Contract defines misrepresentation as a material breach. A true copy is attached as Exhibit G.

**SECTION IV — DEFENDANTS' BUSINESS NETWORK**

15. Public records show Defendants operate multiple California entities:

16. Mark Surrogacy Investment LLC

17. Hope Surrogacy LLC

18. Future Spring Surrogacy

19. Yudao Management

20. Hongxing Investment LLC

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

(Exhibits E, F, L, M, N.)

16. These business addresses are located in the commercial complex at 10505–10507 Valley Blvd, El Monte, CA.

17. None of these facts were disclosed to me.

18. The Contract lists their residential address as 612 W. Camino Real Ave, Arcadia, CA. (Exhibit J.)

**SECTION V — DEFENDANTS' AGENTS: JASMINE HERNANDEZ & ANDREA CID**

19. Throughout the arrangement, I interacted with two women: Jasmine Hernandez and Andrea Cid.

20. Both acted as agents or employees of Defendants' undisclosed surrogacy businesses.

21. On the day of my embryo transfer, both met me in person at the fertility clinic, coordinated scheduling, checked in with staff, and provided instructions.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

22. Their conduct matched agents of a commercial surrogacy operation—not informal helpers.

23. They never disclosed their roles or Defendants' agency ownership.

**SECTION VI — DISCOVERY OF FRAUD AND NOTICE**

24. After discovering Defendants' agency ownership, I sent a final formal breach notice on August 1, 2024. (Exhibit H.)

25. On August 2, 2024, Silvia responded apologizing and promising to have an attorney contact me. (Exhibit I.)

26. No attorney ever contacted me. The breach was never cured.

**SECTION VII — MEDICAL EMERGENCY AND LIFE-THREATENING INJURY**

27. I underwent medical procedures that resulted in severe hemorrhaging and acute blood loss.

28. I was diagnosed with anemia due to acute hemorrhagic blood loss. (Exhibit O.)

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

29. My blood pressure dropped to life-threatening levels, placing me at risk of having my organs shut down. I completely blacked out and was told by witnesses that my eyes were bucked and my husband was screaming my name. I have no recollection of seeing or hearing my husband scream my name.

30. Hospital staff administered multiple doses of ephedrine, a vasopressor used to prevent cardiovascular collapse. (Exhibits P & Q.)

31. Ephedrine is administered only in emergency circumstances to keep blood pressure high enough to maintain organ perfusion.

32. A written explanation of this treatment is attached as Exhibit R.

33. During this emergency, I was not only terrified—I lost consciousness and blacked out due to the severity of my blood loss. My husband, Travis, and our young son witnessed the entire event firsthand. They watched medical staff rush in, saw my condition deteriorate rapidly, and believed I was going to die in front of them. This caused extreme emotional trauma for our entire family.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**SECTION VIII — FINANCIAL HARM**

34. I incurred significant expenses:

35. Hotel stays at the Waldorf Astoria Monarch Beach and Hilton Universal City totaling $1,829.54

36. An $1,800 attorney fee paid upfront by Defendants and deducted from my first month's compensation.

35. True copies are attached as Exhibits S–W.

**SECTION IX — EXHIBIT ORGANIZATION**

36. Exhibits are organized into fraud, residency, medical injury, and financial loss categories for clarity.

37. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Executed on December 5, 2025 At Las Vegas, Nevada.

Tronderrica Rogers James Plaintiff, Pro Se