Tronderrica James
Travis James
Plaintiffs, Pro Se
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

------------------------------------------------------------

TRONDERRICA ROGERS JAMES and
TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG;
GUOJUN XUAN;
MARK SURROGACY INVESTMENT LLC;
FUTURE SPRING SURROGACY LLC;
Defendants

------------------------------------------------------------

FILED
CLERK, U.S. DISTRICT COURT
12/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY GSA DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Case No.: 2:25-cv-09450-FLA-KS

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, Plaintiff identifies the following entities and individuals:

1. TRONDERRICA JAMES (PLAINTIFF)
2. TRAVIS JAMES (PLAINTIFF)
3. SILVIA SHASHA ZHANG
2. GUOJUN XUAN
3. MARK SURROGACY INVESTMENT LLC
4. FUTURE SPRING SURROGACY LLC

Date: December 5, 2025

Tronderrica Rogers James