Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRONDERRICA JAMES AND TRAVIS JAMES,

PLAINTIFFS, PRO SE

V.

SILVIA ZHANG; GUOJUN XUAN; MARK SURROGACY INVESTMENT LLC; FUTURE SPRING SURROGACY INVESTMENT LLC.,

DEFENDANTS.

**CASE NO. 2:25-CV-09450-FLA-KS**

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR ALTERNATE SERVICE**

Tronderrica James and Travis James, Plaintiffs, Pro Se, respectfully submit this Supplement to their previously filed Motion for Alternate Service to provide additional evidence demonstrating reasonable diligence and the impracticability of personal service on Defendants Silvia Shasha Zhang;

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Guojun Xuan; Mark Surrogacy Investment LLC; and Future Spring Surrogacy LLC.

---

## I. INTRODUCTION

Plaintiffs submit this Supplement pursuant to Federal Rule of Civil Procedure 4(e), 4(h), and applicable California service principles incorporated by Rule 4. Since filing their original Motion for Alternate Service, Plaintiffs have obtained sworn Declarations of Non-Service from registered California process servers confirming that Defendants' listed business addresses are vacant, inaccessible, or otherwise ineffective for service.

Despite good-faith efforts and multiple attempts at service, Plaintiffs have been unable to effectuate personal or substitute service on the Defendants. Plaintiffs therefore respectfully renew their request that the Court authorize alternate service by mail and email, with publication in the Wall Street Journal as a last-resort method, if necessary, as to all Defendants.

---

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

## II. EVIDENCE OF REASONABLE DILIGENCE AND IMPRACTICABILITY

### A. Future Spring Surrogacy LLC

A registered California process server attempted service on Future Spring Surrogacy LLC c/o Leijun Tang at the address listed for service: 10507 Valley Blvd., Suite 518, El Monte, California 91731.

As set forth in the Declaration of Non-Service attached as Exhibit A:

- The property appeared vacant and unoccupied
- A nearby worker confirmed the building has been vacant for approximately two years
- There is no Suite 518 corresponding to the listed address
- No signage or identifying information for Future Spring Surrogacy LLC was present
- Construction activity was observed at the location

These facts establish that the listed address is invalid or abandoned, rendering personal service impracticable.

---

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

B. Mark Surrogacy Investment LLC

A registered California process server attempted service on Mark Surrogacy Investment LLC at its listed address: 108 N. Ynez Avenue, Suite 204, Monterey Park, California 91754.

As detailed in the Declaration of Non-Service attached as Exhibit B:

• Multiple service attempts were made on different dates and at different times

• No one answered the door

• The office was inaccessible due to the business being closed, despite the process server waiting

• Service could not be completed after repeated efforts

In addition, although the office was unavailable during each service attempt, Plaintiffs note that the registered agent associated with this address maintains at least three other active business locations, all operating as different branches of American CPA, according to the agent’s publicly available website. This demonstrates that the agent is actively conducting

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

business at other locations, yet service at the listed registered address for Mark Surrogacy Investment LLC remains ineffective.

These facts further support a finding that traditional service is impracticable and that alternate service is reasonably necessary to ensure notice.

---

## III. LEGAL STANDARD

Alternate service is appropriate where a plaintiff demonstrates reasonable diligence and that personal service is impracticable, not impossible. Courts routinely authorize alternate service where defendants cannot be served at listed addresses, maintain vacant or fictitious locations, or structure their operations in a manner that frustrates traditional service.

For LLC defendants, courts are particularly receptive to alternate service when service on registered agents or principal offices has failed despite documented efforts.

---

## IV. REQUESTED METHODS OF ALTERNATE SERVICE

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Plaintiffs seek authorization to effectuate alternate service on all Defendants, including the individual Defendants Silvia Shasha Zhang and Guojun Xuan, and the LLC Defendants Mark Surrogacy Investment LLC and Future Spring Surrogacy LLC, by the following methods, in the alternative or combination, as the Court deems appropriate:

1. Service by Mail

Mailing the Summons and Complaint via certified and first-class mail to Defendants' last known residential and/or business addresses.

2. Service by Email

Service via any known and previously used email addresses associated with Defendants, including addresses used in business communications related to Plaintiffs' claims.

3. Service by Publication (Last Resort)

If service by mail and email is unsuccessful, Plaintiffs request authorization to complete service by publication in the Wall Street Journal, a nationally circulated publication reasonably calculated to provide notice to Defendants engaged in interstate and international business activity.

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

These methods are narrowly tailored and reasonably calculated to provide notice consistent with due process.

---

## V. CONCLUSION

Plaintiffs have exercised reasonable diligence and have now documented multiple failed service attempts through sworn Declarations of Non-Service. Because traditional service is impracticable, Plaintiffs respectfully request that the Court grant the Motion for Alternate Service as supplemented herein and authorize service by mail and email, with publication in the Wall Street Journal as a last-resort alternative.

---

## VI. EXHIBITS

- Exhibit A – Declaration of Non-Service (Future Spring Surrogacy LLC)
- Exhibit B – Declaration of Non-Service (Mark Surrogacy Investment LLC)

DATED: 12/28/25

Respectfully Submitted,

/s/ Tronderrica James, Pro Se

/s/ Travis James, Pro Se

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Plaintiffs