UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Tronderrica James;
Travis James,
Plaintiffs,

v.

Silvia Shasha Zhang;
Guojun Xuan;
Mark Surrogacy Investment LLC;
Future Spring Surrogacy LLC;
DOES 1–50,
Defendants.

**Case No. 2:25-cv-09450-FLA-KS**

**EXHIBIT KEY**
(In Support of Plaintiffs' Supplement to Motion for Alternate Service)

| Exhibit | Description |
| --- | --- |
| Exhibit A | Declaration of Non-Service – Future Spring Surrogacy LLC |
| Exhibit B | Declaration of Non-Service – Mark Surrogacy Investment LLC |