ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**Tronderrica James <tronjamesbooks@gmail.com>**
**7225 Moonraker Ave Unit 109**
**Las Vegas, NV 89178**
TELEPHONE NO.: **318-759-9557** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Tronderrica James, Travis James**

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **111 North Hill Street**
MAILING ADDRESS: **111 North Hill Street**
CITY AND ZIP CODE: **Los Angeles 90012**
BRANCH NAME: **Central District, Stanley Mosk Courthouse**

PLAINTIFF/PETITIONER: **Tronderrica James, Travis James**

DEFENDANT/RESPONDENT: **Silvia Shasha Zhang, Guojun (a.k.a. Guojon) Xuan**

CASE NUMBER: **2:25-CV-09450-FLA-KS**

Ref. No. or File No.: **DA-27017**

# DECLARATION OF NON SERVICE

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; COMPLAINT**

I attempted to serve **Mark Surrogacy Investment LLC c/o MARK SURROGACY**
at the address of **108 N Ynez Ave Ste 204, Monterey Park, CA 91754**

BY FAX

and was unable to effect service for the following reasons:
**12/12/2025 10:27 AM: There was no answer at the address.**
**12/15/2025 6:01 PM: I was unable to access the address due to business closed although I waited.**
**12/18/2025 10:34 AM: There was no answer at the address.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Donara Gevorgyan**
**301 N Cedar st 22, Glendale, CA 91206**
**818-282-3220**
**Los Angeles County, #2025124301**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 12/18/2025

Donara Gevorgyan
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)