Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRONDERRICA JAMES AND TRAVIS JAMES,

PLAINTIFFS, PRO SE

V.

SILVIA ZHANG; GUOJUN XUAN; MARK SURROGACY INVESTMENT LLC; FUTURE SPRING SURROGACY INVESTMENT LLC.,

DEFENDANTS.

**CASE NO. 2:25-CV-09450-FLA-KS**

# PLAINTIFFS' SUPPLEMENT TO MOTION FOR ALTERNATE SERVICE

Tronderrica James and Travis James, Plaintiffs, Pro Se, respectfully submit this Supplement to their previously filed Motion for Alternate Service to provide additional evidence demonstrating reasonable diligence and the impracticability of personal service on Defendants Silvia Shasha Zhang;

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Guojun Xuan; Mark Surrogacy Investment LLC; and Future Spring Surrogacy LLC.

---

## I. INTRODUCTION

Plaintiffs submit this Supplement pursuant to Federal Rule of Civil Procedure 4(e), 4(h), and applicable California service principles incorporated by Rule 4. Since filing their original Motion for Alternate Service, Plaintiffs have obtained sworn Declarations of Non-Service from registered California process servers confirming that Defendants' listed business addresses are vacant, inaccessible, or otherwise ineffective for service.

Despite good-faith efforts and multiple attempts at service, Plaintiffs have been unable to effectuate personal or substitute service on the Defendants. Plaintiffs therefore respectfully renew their request that the Court authorize alternate service by mail and email, service to counsel, as to all Defendants.

---

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

## II. EVIDENCE OF REASONABLE DILIGENCE AND IMPRACTICABILITY

### A. Future Spring Surrogacy LLC

In December 2025, a registered California process server attempted service on Future Spring Surrogacy LLC c/o Leijun Tang at the address listed for service: 10507 Valley Blvd., Suite 518, El Monte, California 91731.

As set forth in the Declaration of Non-Service attached as Exhibit A:

- The property appeared vacant and unoccupied
- A nearby worker confirmed the building has been vacant for approximately two years
- There is no Suite 518 corresponding to the listed address
- No signage or identifying information for Future Spring Surrogacy LLC was present
- Construction activity was observed at the location

These facts establish that the listed address is invalid or abandoned, rendering personal service impracticable.

---

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

B. Mark Surrogacy Investment LLC

In December 2025, a registered California process server attempted service on Mark Surrogacy Investment LLC at its listed address: 108 N. Ynez Avenue, Suite 204, Monterey Park, California 91754.

As detailed in the Declaration of Non-Service attached as Exhibit B:

• Multiple service attempts were made on different dates and at different times

• No one answered the door, although the server came multiple times during posted business hours

• No one was available at the business to accept service, although the server waited a considerable amount of time

• Service could not be completed after repeated efforts

In addition, although the office was unavailable during each service attempt, Plaintiffs note that the registered agent associated with this address maintains at least three other active business locations, all operating as different branches of American CPA, according to the agent's publicly available website. This demonstrates that the agent is actively conducting

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

business at other locations, yet service at the listed registered address for Mark Surrogacy Investment LLC remains ineffective.

These facts further support a finding that traditional service is impracticable, and that alternate service is reasonably necessary to ensure notice.

C. Silvia Zhang and Guojun Xuan

Plaintiff made numerous attempts to serve individual defendants at 612 W. Camino Real Avenue, Arcadia, California 91007, including attempts on multiple dates and times. Each attempt was unsuccessful due to gated access, lack of response and neighbor statements indicating the occupants do not reside at or regularly occupy the property. Despite this, the Defendants used the El Camino address in their recent October 2025 lawsuit filed in Virginia Circuit Court. This demonstrates that the Defendants are selectively available for legal matters.

---

III. LEGAL STANDARD

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

Alternate service is appropriate where a plaintiff demonstrates reasonable diligence, and that personal service is impracticable, not impossible. Courts routinely authorize alternate service where defendants cannot be served at listed addresses, maintain vacant or fictitious locations, or structure their operations in a manner that frustrates traditional service.

For LLC defendants, courts are particularly receptive to alternate service when service on registered agents or principal offices has failed despite documented efforts.

---

IV. REQUESTED METHODS OF ALTERNATE SERVICE

Plaintiffs seek authorization to effectuate alternate service on all Defendants, including the individual Defendants Silvia Shasha Zhang and Guojun Xuan, and the LLC Defendants Mark Surrogacy Investment LLC and Future Spring Surrogacy LLC, by the following methods, in the alternative or combination, as the Court deems appropriate:

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

1. Service by Mail

Mailing the Summons and Complaint via certified and first-class mail to Defendants' last known residential and/or business addresses.

2. Service by Email

Service via any known and previously used email addresses associated with Defendants, including addresses used in business communications related to Plaintiffs' claims.

3. Service by Counsel

Plaintiff respectfully requests authorization to effect service through defense counsel, Long Z. Liu, Esq. Of Lui Law, who has expressly acknowledged in writing that he represents **all named defendants** in this action.

On January 30, 2026, counsel confirmed that his firm represents all Defendants, thereby demonstrating Defendants' actual notice of this lawsuit. Despite such notice, Defendants have not made themselves available for personal service and continue to evade traditional service methods, as detailed above.

Service through counsel is reasonably calculated to provide actual notice,

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

satisfies due process, and is appropriate where, as here, counsel has affirmatively appeared on behalf of Defendants while Defendants simultaneously avoid service at their last known residential and business addresses.

Plaintiff therefore requests leave to serve the Summons and Complaint by delivering copies to defense counsel via electronic mail and U.S. Mail at counsel's known business address located at 1163 Fairway Drive, Suite 105, City of Industry, CA 91789

These methods are narrowly tailored and reasonably calculated to provide notice consistent with due process.

---

V. CONCLUSION

Plaintiffs have exercised reasonable diligence and have now documented multiple failed service attempts through sworn Declarations of Non-Service. Because traditional service is impracticable, Plaintiffs respectfully request that the Court grant the Motion for Alternate Service as supplemented herein and authorize service by mail and email, and through Defendants' counsel.

Tronderrica James and Travis James
7225 Moonraker Ave. #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

---

## VI. EXHIBITS

Exhibit A – Declaration of Non-Service (Future Spring Surrogacy LLC)
Exhibit B – Declaration of Non-Service (Mark Surrogacy Investment LLC)

Exhibit C-Declaration of Non-Service to Silvia Shasha Zhang

Exhibit D- Declaration of Non-Service for Guojun Xuan

Exhibit E- Email Exchange with Defendants Counsel admitting representation of all Defendants

Exhibit F- Virginia lawsuit filed by Zhang and Xuan, using the same El Camino address that servers were unable to serve them at.

DATED: 02/02/2026

Respectfully Submitted,

/s/ Tronderrica James, Pro Se

/s/ Travis James, Pro Se

Plaintiffs