**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TRONDERRICA JAMES and TRAVIS JAMES,**
Plaintiffs,

v.

**SILVIA SHASHA ZHANG; GUOJUN XUAN;**
**FUTURE SPRING SURROGACY LLC;**
**MARK SURROGACY INVESTMENT LLC,**
Defendants.

Case No. **2:25-cv-09450-FLA-KS**

## DECLARATION OF TRONDERRICA JAMES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE

I, Tronderrica James, declare as follows:

1. I am a Plaintiff in this action. My husband, Travis James, is also a Plaintiff. I submit this Declaration in support of Plaintiffs' Motion for an Order Authorizing Alternate Service of the Summons and Complaint as to all Defendants named above. I have personal knowledge of the facts stated herein and could competently testify thereto.

2. Plaintiffs made numerous diligent attempts to personally serve Defendants Silvia Shasha Zhang and Guojun Xuan at their last known residential address, 612 W. Camino Real Avenue, Arcadia, California 91007. Licensed California process servers were unable to complete service due to gated access, lack of response, absence of an intercom, and information indicating the residence is not regularly occupied.

3. Plaintiffs attempted service on Defendant Mark Surrogacy Investment LLC through its registered agent, AAA American CPA, at 108 N. Ynez Avenue, Suite 204, Monterey Park, California 91754. Service was unsuccessful because the location appeared closed and inaccessible despite repeated attempts.

4. Plaintiffs also attempted service on Defendant Future Spring Surrogacy LLC through its registered agent at 10507 Valley Boulevard, Suite 518, El Monte, California 91731. The process server was informed by onsite witnesses that the unit has been vacant for more than two years, notwithstanding more recent addresses reflected on business records.

5. On January 30, 2026, attorney Long Z. Liu, Esq., of Liu Law, confirmed in writing that he represents all named Defendants in this action, including Silvia Shasha Zhang, Guojun Xuan, Future Spring Surrogacy LLC, and Mark Surrogacy Investment LLC.

6. Despite confirming representation and communicating substantively regarding this case, Defendants and their counsel have not agreed to accept service on Defendants' behalf,

necessitating this request for court-authorized alternate service.

7. Plaintiffs obtained certified court records from a related action filed by Defendants Silvia Shasha Zhang and Guojun Xuan in the Circuit Court of the City of Chesapeake, Virginia. In that action, Defendants affirmatively listed the Camino Real address as their residence, demonstrating continued use of that address in judicial proceedings.

8. Based on Defendants' repeated failure to be personally served, their use of gated or vacant addresses, and their continued participation through counsel without accepting service, Plaintiffs believe Defendants are evading service. Personal service has proven impracticable despite diligent efforts.

9. Plaintiffs therefore request authorization to serve all Defendants by alternate means reasonably calculated to provide actual notice, including service through Defendants' counsel of record, service by email to addresses previously used by Defendants and their counsel, and service by mail to Defendants' last known residential and business addresses.

10. These proposed methods are narrowly tailored and consistent with the requirements of Federal Rule of Civil Procedure 4(e), 4(h), and constitutional due process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2026, at Las Vegas, Nevada.

Tronderrica R James

**Tronderrica James**
Plaintiff, Pro Se (for herself and Plaintiff Travis James)
7225 Moonraker Ave. #109
Las Vegas, NV 89178
Telephone: 318-759-9557
Email: tronjamesbooks@gmail.com