EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Tronderrica James <tronjamesbooks@gmail.com><br>7225 Moonraker Ave Unit 109<br>Las Vegas, NV 89178<br>TELEPHONE NO.: 318-759-9557 FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Tronderrica James, Travis James | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: 111 North Hill Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Central District, Stanley Mosk Courthouse | |
| PLAINTIFF/PETITIONER: Tronderrica James, Travis James<br>DEFENDANT/RESPONDENT: Silvia Shasha Zhang, Guojun (a.k.a. Guojon) Xuan | CASE NUMBER:<br>**2:25-CV-09450-FLA-KS** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**DA-27017** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; COMPLAINT**

I attempted to serve **Future Spring Surrogacy LLC c/o LEIJUN TANG**
at the address of **10507 Valley Blvd Ste 518, El Monte, CA 91731**

BY FAX

and was unable to effect service for the following reasons:

**12/11/2025 2:12 PM: The property appeared vacant which was supported by empty inside. The entire building appears empty. I spoke with a postal worker nearby, who confirmed the building has been vacant for two years. There seems to be some construction ongoing. There is no such number 518 to document—only the building number is visible.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Anahit Petrosyan**
**14804 Hardaway Dr, La Mirada, CA 90638**
**323-447-4750**
**County of Los Angeles, #2025153168**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 12/11/2025

Anahit Petrosyan
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)



**DECLARATION OF NON SERVICE**

Tracking #: **0198826215**

REF: **DA-27017**