EXHIBIT D

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State, Bar number, and address*):
**Tronderrica James <tronjamesbooks@gmail.com>**
**7225 Moonraker Ave Unit 109**
**Las Vegas, NV 89178**
TELEPHONE NO.: **318-759-9557** FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): **Tronderrica James; Travis James**

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **600 South Commonwealth Avenue**
MAILING ADDRESS: **600 South Commonwealth Avenue**
CITY AND ZIP CODE: **Los Angeles 90005**
BRANCH NAME: **Central District, Central Civil West Courthouse**

PLAINTIFF/PETITIONER: **Tronderrica James; Travis James**

DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; Guojun**

CASE NUMBER: **2:25-CV-09450-FLA-KS**

# DECLARATION OF NON SERVICE

Ref. No. or File No.: **PS-31493**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONSES IN A CIVIL ACTION; COMPLAINT**

I attempted to serve **Guojun Xuan**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**10/15/2025 5:24 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**
**10/15/2025 5:26 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. I left Attempt Tag FW3-GPY. I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**
**10/17/2025 5:07 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**10/18/2025 10:11 AM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, called available phones, call box and honked horn. I spoke with a neighbor who doesn't recognize name. I spoke to a middle-aged sounding male basically only spoke Chinese on the phone at number 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. He understood a little English and I told him I was at this address and he said no no and I asked him did he live here at this address he said no no but the rest of it was in Chinese then he put a female on the phone and she identified herself as Sylvia Zhang who is the subject on job number 190694723 and she stated they don't live here I asked for more information and she hung up**
**10/18/2025 10:13 AM: I placed a phone call to number ending in 8888 resulting in address invalid/moved. I spoke with Silvia Shasha Zhang. The individual appeared to be a female contact. I first spoke to a middle-aged sounding Chinese male who basically only spoke Chinese every time I ask about this address if it was correct he said no no no but didn't spoken Chinese again however in a few moments he then put a different person on the phone a female who identified herself as Sylvia Zhang who is the subject on a related job coming here 190694723 and she spoke English and she said she doesn't live at this address I assume she meant the mail too since she apparently was right beside him when I was talking to them on the phone however she was not forthcoming with a new address she just said we don't live here no no no we don't live here then she hung up**
**10/18/2025 10:15 AM: I placed a phone call to number ending in 5411 resulting in leaving voice mail.**
**10/19/2025 6:21 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, honked horn and called available phones, call box. I spoke with a neighbor who doesn't recognize name. Neighbor**

EXHIBIT D

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: 2:25-CV-09450-FLA-KS |
|---|---|
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; Guojun | |

**across the street said that he doesn't know who lives here but he sees people here sometimes but rarely so he doesn't know if anybody lives here full-time or just comes and goes occasionally or what goes on over here**
**10/20/2025 7:03 PM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box and honked horn. There are two cars here but there's only one light on that I can see and that's above a stairway to the second floor it looks like not in a room**
**10/21/2025 4:47 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. There's a white Toyota parked in the driveway. There's nothing I can do here except yella's loud as I can since there's no buzzers no nothing to make contact with. I spoke to another neighbor who lives across the street who said that he never sees people come and go from here he doesn't know what goes on here. There are multiple cameras around the house so they must see that I'm coming here and I would assume they see I'm here if they're here**
**10/22/2025 3:01 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 10/22/2025

Michael Smith
(PRINTED NAME OF DECLARANT)

[signature]
(SIGNATURE OF DECLARANT)

BY FAX



**DECLARATION OF NON SERVICE**

Tracking #: **0191906717**

REF: **PS-31493**