Uploaded: 2025OCT13 09:24 Filed By:Bar# 91634 APOMERANZ Reference: EF0183048
eFiled: 2025OCT14 CHESAPEAKE CC BWATSON at 2025OCT14 09:07 CL25007296-00

EXHIBIT F

**VIRGINIA:**

**IN THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE**

**GUOJUN XUAN**

**AND SILVIA SHASHA ZHANG,**

**Plaintiffs,**

**v.** **CASE NO:** ________________

**Defendants.**

**COMPLAINT**

The Plaintiffs, Guojun Xuan ("Mr. Xuan") and Silvia Shasha Zhang ("Ms. Zhang"), by counsel, for their Complaint seeking judgment and award of execution against the Defendants [redacted], [redacted], and [redacted], respectfully state as follows:

1. The Plaintiffs are unmarried but in a committed partnership and reside together at 612 W. Camino Real Avenue, Arcadia, California 91007.