Tronderrica James
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

FILED

2026 FEB 19  PM 4:15

1  **UNITED STAES DISTRICT OF COURT**

2  **CENTRAL DISCRTICT OF CALIFORNIA**

3

4  TRONDERRICA JAMES and TRAVIS JAMES,

5  Plaintiffs,

6

7  v.

8

9  SILVIA SHASHA ZHANG;

10 GUOJUN XUAN;

11 MARK SURROGACY INVESTMENT LLC;

12 FUTURE SPRING SURROGACY LLC;

13

14 Defendants.

15

16 Case No. 2:25-cv-09450-FLA-KS

17

18 **DECLARATION OF TRONDERRICA JAMES IN RESPONSE TO**

19 **DEFENDANTS' MOTION**

Tronderrica James
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

I, Tronderrica James, declare as follows:

1. I am a Plaintiff in this action and make this declaration based upon personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. Defendants' counsel asserted in their motion that this Court granted alternate service on December 4.

3. The motion references December 4, 2026 as the date on which alternate service was allegedly granted.

4. December 4, 2026 has not yet occurred.

5. After reviewing the docket in Case No. 2:25-cv-09450-FLA-KS, I confirm that no order granting alternate service has ever been entered in this matter.

6. On December 4, 2025, the Court issued an Order to Show Cause regarding subject matter jurisdiction.

7. That Order to Show Cause was later identified as a clerical error because it referenced an incorrect case number associated with a different action.

Tronderrica James
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

1  8. On December 9, 2025, the docket reflects a Notice of Clerical Error

2     clarifying that the December 4 entry pertained to a different case number

3     and was corrected in this matter.

4  9. No order authorizing alternate service has ever been issued in this action.

5  10. Plaintiffs have made multiple documented attempts to effectuate service

6     through professional process servers.

7  11. Plaintiffs continue to pursue service consistent with Federal Rule of Civil

8     Procedure 4.

9  12. The assertion that alternate service was granted on December 4 is

10    factually inaccurate.

11 13. On February ___, 2026, Plaintiffs filed a First Amended Complaint

12    pursuant to this Court's February 3, 2026 Order granting leave to amend,

13    addressing the factual specificity issues raised in Defendants' motion.

14

15 I declare under penalty of perjury under the laws of the United States that the

16 foregoing is true and correct.

17

Tronderrica James
7225 Moonraker Ave #109
Las Vegas, NV 89178
318-759-9557
tronjamesbooks@gmail.com

1  Executed this 19 day of February, 2026, in Las Vegas, NV

2  _____

3  Tronderrica James

4

5

6  DATED: February 19, 2026

7

8  Respectfully submitted,

9  *[signature]*

10  Tronderrica James

11  Plaintiff, Pro Se

12  7225 Moonraker Ave #109

13  Las Vegas, Nevada 89178

14  Telephone: 318-759-9557

15

16  *[signature]*

17  Travis James

18  Plaintiff, Pro Se

19  7225 Moonraker Ave #109

20  Las Vegas, Nevada 89178

21  Telephone: 318-759-9557

22

23

24