UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRONDERRICA JAMES and TRAVIS JAMES,
Plaintiffs,

v.

SILVIA SHASHA ZHANG;
GUOJUN XUAN;
MARK SURROGACY INVESTMENT LLC;
FUTURE SPRING SURROGACY LLC,

Defendants.

Case No. 2:25-cv-09450-FLA-KS
**SUMMONS IN A CIVIL ACTION (AO 440)**

**To:** Future Spring Surrogacy LLC
c/o Leijun Tang
10507 Valley Blvd #518
El Monte, CA 91731

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tronderrica James
7225 Moonraker Ave #109
Las Vegas, NV 89178
tronjamesbooks@gmail.com


CLERK OF COURT


Date: _____


Signature of Clerk or Deputy Clerk: _____