# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRONDERRICA JAMES, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>SILVIA SHASHA ZHANG, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−09450−FLA−KS<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/12/2026 | 23 | Re: Motion to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Dated: 03/09/2026

By: _____
United States District Judge