NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Long Z. Liu (SBN: 236815)
Hanson Hsu (SBN: 333855)
THE LIU LAW FIRM
1163 Fairway Drive, Ste. 105
City of Industry, CA 91789
P: 909-468-2165
E: Office@theliulawfirm.com

CLEAR FORM

ATTORNEY(S) FOR: Silvia Shasha Zhang and Guojun Xuan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tronderrica James; and Travis James,<br><br>Plaintiff(s),<br>v.<br>Silvia Shasha Zhang; Guojun Xuan; Mark Surrogacy Investment LLC, Future Spring Surrogacy, LLC,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-09450-FLA-KS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants, Silvia Shasha Zhang and Guojun Xuan or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Silvia Shasha Zhang<br>Guojun Xuan | Intended parents, stand to gain/lose financially from the outcome |

March 12, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Long Z. Liu