EXHIBIT E

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State, Bar number, and address*):
Tronderrica James <tronjamesbooks@gmail.com>
7225 Moonraker Ave Unit 109
Las Vegas, NV 89178
TELEPHONE NO.: 318-759-9557 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Tronderrica James; Travis James

FOR COURT USE ONLY

**United States District Court, Central District of California**
STREET ADDRESS: 255 East Temple St.
MAILING ADDRESS: 255 East Temple St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Edward R. Roybal Federal Building

PLAINTIFF/PETITIONER: **Tronderrica James; Travis James**

DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; et al.**

CASE NUMBER: **2:25-cv-09450-FLA-KS**

# DECLARATION OF NON SERVICE

Ref. No. or File No.: **JAMES-VS-ZHANG (FUTURE SPRING)**

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; FIRST AMENDED COMPLAINT**

I attempted to serve **FUTURE SPRING SURROGACY LLC. c/o C/O LEIJUN TANG**
at the address of **10507 Valley Blvd. Ste 518, El Monte, CA 91731**

BY FAX

and was unable to effect service for the following reasons:
**3/12/2026 1:59 PM: I was unable to locate the address.**

**I attempted service at 10507 Valley Blvd. The address is a building with several businesses, but all businesses appear to be closed. There is no Suite 518 at this location. I documented the condition with photos.**

**Behind this building is 10505 Valley Blvd, which appears to be a private area with no public access, so I was unable to enter. Next to it is 10503 Valley Blvd, another building with multiple businesses, but they also appear to be closed.**

**Based on my observation, the listed suite does not appear to exist at 10507 Valley Blvd, and the surrounding units were closed at the time of my attempt.**

Fee for service: **$ 0.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Robert Gevorgyan**
**1149 Melrose ave apt 103 103, Glendale, CA 91202**
**818-220-3123**
**Los Angeles County, #2025099099**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 03/12/2026

Robert Gevorgyan
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)