EXHIBIT F

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Tronderrica James <tronjamesbooks@gmail.com>**<br>**7225 Moonraker Ave Unit 109**<br>**Las Vegas, NV 89178**<br>TELEPHONE NO.: **318-759-9557** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Tronderrica James; Travis James** | *FOR COURT USE ONLY* |
| **United States District Court, Central District of California**<br>STREET ADDRESS: **255 East Temple St.**<br>MAILING ADDRESS: **255 East Temple St.**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **Tronderrica James; Travis James** | CASE NUMBER:<br>**2:25-cv-09450-FLA-KS** |
| DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; et al.** | |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**JAMES-VS-ZHANG (G. XUAN)** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; FIRST AMENDED COMPLAINT**

I attempted to serve **GUOJUN XUAN**
at the address of **612 W Camino Real Ave., Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**3/9/2026 6:27 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. This Is a fenced gated and locked property there are no things that would let me communicate with the house such as a doorbell or an intercom or a buzzer there's nothing. All I can do is stand at the gate and yell as loud as I can multiple times which I did and I get no response.**
**There is a white Toyota in the parking area inside the gate**
**3/10/2026 5:16 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name.**
**3/11/2026 6:13 PM: I spoke with an individual who identified themselves as the an old chinese man who came out of the front door and open the door to the black mercedes suv in the driveway. I spoke with a neighbor who doesn't recognize name.**
**As I approach the locked gate I observed an elderly probably in his '70s Chinese male coming out of the front door and opening the door to a big black Mercedes SUV. I kept calling out calling out he didn't look at me or anything we were only 15 ft away from each other**

**I asked if he speaks English he just raised his hands and like he's bewildered I used my translation device and told him that I had something for Sylvia or for Xuan And he walked a little closer and then he just turned around and threw his hands in the air again and walked back toward the front door I tried to speak the Chinese I was hearing from the translation advice but I'm sure it was terrible.**
**He then went back into the house. I've waited a long time now since 6:00 and no one's ever come back out**

Fee for service: **$ 0.00**

EXHIBIT F2

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | 2:25-cv-09450-FLA-KS |

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 03/13/2026

Michael Smith
(PRINTED NAME OF DECLARANT)

[signature]
(SIGNATURE OF DECLARANT)

BY FAX



Tracking #: 0213291736

**DECLARATION OF NON SERVICE**

REF: **JAMES-VS-ZHANG (G. XUAN)**