# DECLARATION OF TRONDERRICA JAMES

I, Tronderrica James, declare:

1. I am a Plaintiff in this action and have personal knowledge of the facts stated herein.

2. Plaintiffs retained licensed California process servers to attempt service on Defendants Silvia Shasha Zhang and Guojun Xuan at the Arcadia residence.

3. Process servers reported that the property is located behind a locked gate and that no intercom, buzzer, or doorbell exists allowing access to the residence.

4. During one attempt, a woman identifying herself as Silvia Zhang spoke with the process server by telephone but declined to provide an address where she could be served.

5. During another attempt, the process server observed an elderly Chinese male exit the residence and approach a black Mercedes SUV parked in the driveway before returning inside when service was attempted.

6. Based on the number of attempts already made and the physical barriers preventing access to the property, I believe additional attempts at personal service would be unlikely to succeed.

7. Defendants have actual notice of this litigation through defense counsel, who communicated with Plaintiffs and filed a motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 13, 2026
Las Vegas, Nevada

*[signature]*
Tronderrica R. James
Pro Se, Plaintiff