# EXHIBIT INDEX

The following exhibits are submitted in support of Plaintiffs' Motion for Order Authorizing Alternate Service
in James v. Zhang, Case No. 2:25-cv-09450-FLA-KS. These exhibits document Plaintiffs' attempts to serve the
Defendants through traditional methods, the results of those attempts, and communications demonstrating
Defendants' awareness of this litigation through counsel.

### Exhibit A (A–A7)

Proof of Service for Mark Surrogacy Investment LLC demonstrating successful service through the registered agent C/O AAA American CPA, Inc.

### Exhibit B (B–B2)

Declaration of Non-Service for Guojun Xuan dated October 22, 2025 documenting unsuccessful service attempts at the Arcadia residence.

### Exhibit C (C–C2)

Declaration of Non-Service for Silvia Shasha Zhang dated October 22, 2025 documenting unsuccessful service attempts at the Arcadia residence.

### Exhibit D

Declaration of Non-Service for Future Spring Surrogacy LLC dated December 11, 2025 regarding the listed address at 10507 Valley Blvd., Suite 518, El Monte, California.

### Exhibit E

Declaration of Non-Service for Future Spring Surrogacy LLC dated March 12, 2026 documenting the inability to locate Suite 518 at the listed address.

### Exhibit F (F–F2)

Declaration of Non-Service for Guojun Xuan dated March 13, 2026 documenting additional unsuccessful attempts at service.

### Exhibit G (G–G2)

Declaration of Non-Service for Silvia Shasha Zhang dated March 13, 2026 documenting additional unsuccessful attempts at service.

### Exhibit H

Articles of Organization for Future Spring Surrogacy LLC.

**Exhibit I**

Corporate dissolution filing related to Future Spring Surrogacy LLC.

**Exhibit J**

Email correspondence from Plaintiff to defense counsel dated January 26, 2026 requesting clarification regarding which defendants counsel represents.

**Exhibit K**

Response from defense counsel confirming representation of all defendants named in the action.

**Exhibit L**

Notice of Interested Parties filed by defense counsel identifying only Silvia Shasha Zhang and Guojun Xuan and not listing the corporate defendants.