EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Tronderrica James <tronjamesbooks@gmail.com><br>7225 Moonraker Ave Unit 109<br>Las Vegas, NV 89178<br>  TELEPHONE NO.: 318-759-9557  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: Tronderrica James; Travis James | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Central District of California**<br>  STREET ADDRESS: 255 East Temple St.<br>  MAILING ADDRESS: 255 East Temple St.<br>  CITY AND ZIP CODE: Los Angeles 90012<br>  BRANCH NAME: Edward R. Roybal Federal Building | |
| PLAINTIFF/PETITIONER: Tronderrica James; Travis James<br>DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | CASE NUMBER:<br>2:25-cv-09450-FLA-KS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>JAMES-VS-ZHANG (MARK SURROGACY) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; FIRST AMENDED COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served)*:
   **MARK SURROGACY INVESTMENT LLC. C/O AAA AMERICAN CPA, INC. (C3925642)**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Yvonne Ji**

4. Address where the party was served:
   **108 N Ynez Ave., Ste 204, Monterey Park, CA 91754**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **03/12/2026** at *(time)*: **9:34 AM**

   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

Page 1 of 3<br>
Form Adopted for Mandatory Use<br>
Judicial Council of California POS-010 [Rev. January 1, 2007]<br>
**PROOF OF SERVICE OF SUMMONS**<br>
REF: JAMES-VS-ZHANG (MARK SURROGACY)<br>
Code of Civil Procedure, § 417.10<br>
Tracking #: 0213140664

| | |
|---|---|
| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | 2:25-cv-09450-FLA-KS |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                 (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*   MARK SURROGACY INVESTMENT LLC. C/O AAA AMERICAN CPA, INC. (C3925642)
      under the following Code of Civil Procedure section:
      - ☒ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☐ other:

7. **Person who served papers**
   a. Name:               **Donara Gevorgyan**
   b. Address:          **301 N Cedar st, 22, Glendale, CA 91206**
   c. Telephone number:  **818-282-3220**
   d. The fee for service was: **$ 0.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor.  For: **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **2025124301**    Registration #: **6779**
         (iii) ☒ County: **Los Angeles County**    County: **Los Angeles**

BY FAX

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Tracking #: 0213140664


REF: JAMES-VS-ZHANG (MARK SURROGACY)


8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/12/2026

**Donara Gevorgyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)


Beta Release

Tronderrica James; Travis James v. Silvia Shasha Zhang; et al. | Case Number 2:25-cv-09450-FLA-KS | US District Court, California, Central District, Los Angeles at Edward R. Roybal Federal Building

# MARK SURROGACY INVESTMENT LLC. C/O AAA AMERICAN CPA, INC. (C3925642)  `SERVED`

108 N Ynez Ave Ste 204 Monterey Park, CA 91754-1680

## Summary

MARK SURROGACY INVESTMENT LLC. C/O AAA AMERICAN CPA, INC. (C3925642) was served by Personal Service on 3/12/2026 at 9:34 AM PDT by process server Donara Gevorgyan.

1 previous attempt was made at 108 N Ynez Ave Ste 204 Monterey Park, CA 91754-1680.

The subject's address was provided by the customer.

## Process Server



**Donara Gevorgyan**
License: 2025124301

## Validation Checks

 

GPS    Photo Taken

## ✓ Personal Service

**Timestamp**
3/12/2026 | 9:34 AM PDT

**Served By**
Donara Gevorgyan, License: 2025124301

**Description**
I delivered the documents to Yvonne Ji who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent.

## Location of Service



**Service Address**
108 N Ynez Ave Ste 204 Monterey Park, CA 91754-1680

**GPS Coordinates**
34.063062 -118.128816

## Photos                                          View




EXHIBIT A6

# Event History

### 3  Served by Personal Service

3/12/2026
9:34 AM PDT

By delivery to Yvonne Ji, I delivered the documents to Yvonne Ji who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent.

Address: 108 N Ynez Ave Ste 204, Monterey Park, CA 91754-1680

GPS Coordinates: 34.063062 -118.128816




**Location Map**



**Process Server:** Donara Gevorgyan, License: 2025124301

### 2  Service Attempt

3/9/2026
8:19 PM PDT

There was no answer at the address.

Address: 108 N Ynez Ave Ste 204, Monterey Park, CA 91754-1680

GPS Coordinates: 34.063048 -118.128995




**Location Map**





 **Process Server:** Donara Gevorgyan, License: 2025124301

| ∨ | 1 | Process Server Assigned | 3/9/2026 12:55 PM PDT |

**Documents Received:** Process server received documents for **MARK SURROGACY INVESTMENT LLC. C/O AAA AMERICAN CPA, INC. (C3925642)**.

**Process Server:** Donara Gevorgyan, License: 2025124301