EXHIBIT C

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
Tronderrica James <tronjamesbooks@gmail.com>
7225 Moonraker Ave Unit 109
Las Vegas, NV 89178
TELEPHONE NO.: 318-759-9557 FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Tronderrica James; Travis James

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 600 South Commonwealth Avenue
MAILING ADDRESS: 600 South Commonwealth Avenue
CITY AND ZIP CODE: Los Angeles 90005
BRANCH NAME: Central District, Central Civil West Courthouse

PLAINTIFF/PETITIONER: Tronderrica James; Travis James

DEFENDANT/RESPONDENT: Silvia Shasha Zhang; Guojun

CASE NUMBER: **2:25-CV-09450-FLA-KS**

Ref. No. or File No.: **PS-31493**

# DECLARATION OF NON SERVICE

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONSES IN A CIVIL ACTION; COMPLAINT**

I attempted to serve **Silvia Shasha Zhang**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**10/15/2025 5:26 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. I left Attempt Tag FW3-GPY. I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. This house is fenced gated and locked. There is no intercom. No way to contact anyone. I yelled as loud as I can for quite a while. I got no response. There is a car parked here. However, there's also Realtors lock on the drive-thru gate and there's junk piled up everywhere and trash everywhere which is unusual for a house like this in this neighborhood. This house has to cost in excess $2 million. At least. I went to neighbors on both sides. Nobody answers and they are fenced gated and locked with no intercom**
**10/17/2025 5:07 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**10/18/2025 10:00 AM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. I called the phone numbers on job number 190694724 which is a ride-along service to the same address for a different individual. When I called 601-888-8888 which is on that job order worksheet I spoke to a male with a heavy Asian accent who could speak almost no English usually I can communicate in this area which is like largely a Chinese area by using my translate device however I can't use it and be on the phone at the same time there's no way to communicate so eventually he put a female on the phone and I told them I had something for Sylvia And she spoke some English she understood what was going on and when I asked if she was at the address of 612 West Camino real Avenue she said no no I don't live there. So I asked her if she could give me her actual address cuz he said no no I don't live there and she hung up**
**10/19/2025 6:21 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors, honked horn and called available phones, call box. I spoke with a neighbor who doesn't recognize name. Neighbor across the street said that he doesn't know who lives here but he sees people here sometimes but rarely so he doesn't know if anybody lives here full-time or just comes and goes occasionally or what goes on over here**
**10/20/2025 7:03 PM: I was unable to access the address due to private gate/fence although I waited, called available phones, call box and honked horn. There are two cars here but there's only one light on that I can see and that's above a stairway to the second floor it looks like not in a room**
**10/20/2025 7:04 PM: I placed a phone call to number ending in 8888 resulting in address invalid/moved. I spoke with Silvia Shasha Zhang. The individual appeared to be a female contact. I first spoke to a male with a Chinese accent just as I stated several days ago on my phone attempt who then gave the phone to someone who identified themselves as Sylvia because she could speak some English although her phone number is not on her worksheet but she was there and she stated that she doesn't live at this address and neither does the other subject. I asked her if where they had moved to or whatever and she doesn't speak enough English to tell me a complete answer just she kept saying no no no live there no live there and I cannot use my translation device and have the telephone active at the same time**

EXHIBIT C2

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; Guojun | 2:25-CV-09450-FLA-KS |

**unfortunately**
**10/21/2025 4:47 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name. There's a white Toyota parked in the driveway. There's nothing I can do here except yella's loud as I can since there's no buzzers no nothing to make contact with. I spoke to another neighbor who lives across the street who said that he never sees people come and go from here he doesn't know what goes on here. There are multiple cameras around the house so they must see that I'm coming here and I would assume they see I'm here if they're here**
**10/22/2025 3:01 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**

Fee for service: **$ 75.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 10/22/2025

Michael Smith
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

BY FAX



**DECLARATION OF NON SERVICE**

Tracking #: **0191906829**

REF: **PS-31493**