EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **Tronderrica James <tronjamesbooks@gmail.com>**<br>**7225 Moonraker Ave Unit 109**<br>**Las Vegas, NV 89178**<br>TELEPHONE NO.: **318-759-9557** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Tronderrica James; Travis James** | |
| **United States District Court, Central District of California**<br>STREET ADDRESS: **255 East Temple St.**<br>MAILING ADDRESS: **255 East Temple St.**<br>CITY AND ZIP CODE: **Los Angeles 90012**<br>BRANCH NAME: **Edward R. Roybal Federal Building** | |
| PLAINTIFF/PETITIONER: **Tronderrica James; Travis James** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **Silvia Shasha Zhang; et al.** | **2:25-cv-09450-FLA-KS** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.: **JAMES-VS-ZHANG (FUTURE SPRING)** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; FIRST AMENDED COMPLAINT**

I attempted to serve **FUTURE SPRING SURROGACY LLC. c/o C/O LEIJUN TANG**
at the address of **10507 Valley Blvd. Ste 518, El Monte, CA 91731**

BY FAX

and was unable to effect service for the following reasons:

**3/12/2026 1:59 PM: I was unable to locate the address.**

**I attempted service at 10507 Valley Blvd. The address is a building with several businesses, but all businesses appear to be closed. There is no Suite 518 at this location. I documented the condition with photos.**

**Behind this building is 10505 Valley Blvd, which appears to be a private area with no public access, so I was unable to enter. Next to it is 10503 Valley Blvd, another building with multiple businesses, but they also appear to be closed.**

**Based on my observation, the listed suite does not appear to exist at 10507 Valley Blvd, and the surrounding units were closed at the time of my attempt.**

Fee for service: **$ 0.00**

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Robert Gevorgyan**
**1149 Melrose ave apt 103 103, Glendale, CA 91202**
**818-220-3123**
**Los Angeles County, #2025099099**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 03/12/2026

Robert Gevorgyan
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)



Tracking #: 0213191736

**DECLARATION OF NON SERVICE**

REF: **JAMES-VS-ZHANG (FUTURE SPRING)**