EXHIBIT G

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):
Tronderrica James <tronjamesbooks@gmail.com>
7225 Moonraker Ave Unit 109
Las Vegas, NV 89178
TELEPHONE NO.: 318-759-9557 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Tronderrica James; Travis James

FOR COURT USE ONLY

United States District Court, Central District of California
STREET ADDRESS: 255 East Temple St.
MAILING ADDRESS: 255 East Temple St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Edward R. Roybal Federal Building

PLAINTIFF/PETITIONER: Tronderrica James; Travis James
DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al.

CASE NUMBER: 2:25-cv-09450-FLA-KS

## DECLARATION OF NON SERVICE

Ref. No. or File No.: JAMES-VS-ZHANG (S. Zhang)

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; FIRST AMENDED COMPLAINT**

I attempted to serve **SILVIA SHASHA ZHANG**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**3/9/2026 6:29 PM: I was unable to access the address due to private gate/fence although I waited and honked horn. This Is a fenced gated and locked property there are no things that would let me communicate with the house such as a doorbell or an intercom or a buzzer there's nothing. All I can do is stand at the gate and yell as loud as I can multiple times which I did and I get no response.**
**There is a white Toyota in the parking area inside the gate**
**3/10/2026 5:17 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name.**
**3/11/2026 6:16 PM: I spoke with an individual who identified themselves as the an elderly chinese male who came out of the front door of the house and open the door to a black mercedes suv in the driveway. I spoke with a neighbor who doesn't recognize name.**
**As I approach the locked gate I observed an elderly probably in his '70s Chinese male coming out of the front door and opening the door to a big black Mercedes SUV. I kept calling out calling out he didn't look at me or anything we were only 15 ft away from each other**

**I asked if he speaks English he just raised his hands and like he's bewildered I used my translation device and told him that I had something for Sylvia or for Xuan And he walked a little closer and then he just turned around and threw his hands in the air again and walked back toward the front door I tried to speak the Chinese I was hearing from the translation advice but I'm sure it was terrible.**
**He then went back into the house. I've waited a long time now since 6:00 and no one's ever come back out**

Fee for service: **$ 304.00**

EXHIBIT G2

| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | 2:25-cv-09450-FLA-KS |

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 03/13/2026

Michael Smith
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

BY FAX



Tracking #: 0213291738

**DECLARATION OF NON SERVICE**

REF: **JAMES-VS-ZHANG (S. Zhang)**