

EXHIBIT H

6303226



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: 6303226

Date Filed: 7/11/2024

| Corporation Name | |
|---|---|
| Corporation Name | Future Spring Surrogacy |

| Initial Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 10507 VALLEY BLVD 518 EL MONTE, CA 91731 |

| Initial Mailing Address of Corporation | |
|---|---|
| Mailing Address | 10507 VALLEY BLVD 518 EL MONTE, CA 91731 |
| Attention | |

| Agent for Service of Process | |
|---|---|
| Agent Name | LEIJUN TANG |
| Agent Address | 10507 VALLEY BLVD 518 EL MONTE, CA 91731 |

**Shares**

The total number of shares the corporation is authorized to issue is: 1,000

Does the corporation have more than one class or series of shares? No

**Purpose Statement**

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*LEIJUN TANG*                    07/11/2024

Incorporator Signature          Date

B2880-7175 07/11/2024 11:13 AM Received by California Secretary of State