3/13/26, 10:02 AM    James, et al. v. Zhang, et al. - Surrogacy Case - Meet and Confer for Motion for Judgment on the Pleadings [Rule 12(c)]

Case 2:25-cv-09450-FLA-KS    Document 56-12    Filed 03/13/26    Page 1 of 1    Page ID #:329

 Gmail                    EXHIBIT J                    Tron James <tronjamesbooks@gmail.com>

## James, et al. v. Zhang, et al. - Surrogacy Case - Meet and Confer for Motion for Judgment on the Pleadings [Rule 12(c)]

**Tron James** <tronjamesbooks@gmail.com>                    Tue, Jan 27, 2026 at 4:05 PM
To: Long Liu Office <office@theliulawfirm.com>
Cc: Hanson Hsu <hanson@theliulawfirm.com>

Counsel,

Your continued correspondence purporting to meet and confer regarding potential Rule 12(b)(6) and Rule 12(c) motions is premature and improper absent a clear identification of which defendant or defendants you represent.

To date, you have not specified whether you represent Silvia Shasha Zhang, Guojun Xuan, any of the named LLC entities, or some combination thereof. Vague references to "defendants" are insufficient. This is not a technicality. It is a threshold issue that directly affects whether your communications are authorized, whether meet-and-confer obligations apply, and whether your demands are even directed to the proper party.

Accordingly, I will not engage in further meet-and-confer discussions, nor respond substantively to your Rule 12 arguments, until you provide written confirmation identifying each specific defendant you represent.

For the record, I categorically reject your characterization of the complaint as "fatally defective" or incapable of amendment. I likewise reject your assertion that voluntary dismissal is warranted. Your disagreement with the pleadings is noted, and you are free to test your theories by motion. However, repeated demands for dismissal, coupled with conclusory statements about incurable defects, do not substitute for proper motion practice.

Nothing in this response constitutes consent to dismissal, agreement with your legal conclusions, or waiver of any claims, facts, or arguments. All rights are expressly reserved.

If you wish to proceed in a professional and procedurally proper manner, provide immediate clarification of your representation. Until then, further correspondence on Rule 12 issues is unnecessary.

Tronderrica James
Plaintiff, Pro Se

[Quoted text hidden]