Gmail EXHIBIT K **Tron James <tronjamesbooks@gmail.com>**

## James, et al. v. Zhang, et al. - Surrogacy Case - Meet and Confer for Motion for Judgment on the Pleadings [Rule 12(c)]

**Long Liu Office** <office@theliulawfirm.com> Fri, Jan 30, 2026 at 3:48 PM
To: Tron James <tronjamesbooks@gmail.com>
Cc: Hanson Hsu <hanson@theliulawfirm.com>

"Defendants" is not vague. It refers to all the defendants you included in your complaint. We represent all the named defendants.

Your position is noted. We will file a motion.

LIU LAW
TRIAL & LITIGATION ATTORNEYS

**Cordially,**

**Long Z. Liu, Esq.**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2170
www.theliulawfirm.com

**CONFIDENTIAL EMAIL**: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]