EXHIBIT L

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Long Z. Liu (SBN: 236815) |
| Hanson Hsu (SBN: 333855) |
| THE LIU LAW FIRM |
| 1163 Fairway Drive, Ste. 105 |
| City of Industry, CA 91789 |
| P: 909-468-2165 |
| E: Office@theliulawfirm.com |

ATTORNEY(S) FOR: Silvia Shasha Zhang and Guojun Xuan

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Tronderrica James; and Travis James, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-09450-FLA-KS |
| v. | |
| Silvia Shasha Zhang; Guojun Xuan; Mark Surrogacy Investment LLC, Future Spring Surrogacy, LLC, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants, Silvia Shasha Zhang and Guojun Xuan _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Silvia Shasha Zhang | Intended parents, stand to gain/lose financially from the outcome |
| Guojun Xuan | |

March 12, 2026
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Long Z. Liu

CV-30 (05/13)      NOTICE OF INTERESTED PARTIES