# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tronderrica James and Travis James,
Plaintiffs,

v.

Silvia Shasha Zhang, Guojun Xuan, Mark Surrogacy Investment LLC, and Future Spring Surrogacy LLC,
Defendants.

Case No. 2:25-cv-09450-FLA-KS

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE

The Court, having reviewed Plaintiffs' Motion for Alternate Service, the supporting declarations, the exhibits submitted in support thereof, and the record in this action, finds that Plaintiffs have demonstrated reasonable diligence in attempting to serve Defendants through traditional methods.

The Court further finds that Defendants have actual notice of this action through communications with defense counsel and participation in motion practice.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(e) and applicable California law, the Court ORDERS as follows:

1. Plaintiffs are authorized to effect service of the summons and First Amended Complaint upon Defendants by serving defense counsel of record.

2. Plaintiffs are further authorized to effect service by sending the summons and First Amended Complaint to defense counsel via electronic mail.

Service completed in accordance with this Order shall be deemed valid and effective service upon Defendants.

IT IS SO ORDERED.

DATED: _____

_____
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE