**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRONDERRICA JAMES and TRAVIS JAMES,

**Plaintiffs,**

v.

SILVIA SHASHA ZHANG; GUOJUN XUAN; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY LLC,

**Defendants.**

**Case No.: 2:25-cv-09450-FLA-KS**

**SUPPLEMENTAL DECLARATION OF TRONDERRICA JAMES IN SUPPORT OF MOTION FOR ALTERNATE SERVICE**

I, Tronderrica James, declare as follows:

1. I am a Plaintiff in this action and previously submitted a declaration in support of Plaintiffs' request for alternate service.
2. I submit this Supplemental Declaration to provide updated facts and clarify developments that have occurred since my prior filing.
3. As previously stated, Plaintiffs made multiple diligent attempts to serve Defendants at their last known address in Arcadia, California.
4. These attempts included service by professional process servers on multiple dates and at varying times.
5. The property was gated, secured, and equipped with visible surveillance cameras.

6. On multiple occasions, the property appeared occupied, including lights being on inside the residence.
7. Despite these indicators, no one responded to service attempts.
8. In at least one instance, an individual believed to be Defendant Guojun Xuan was observed but did not respond and retreated inside.
9. These circumstances support the conclusion that Defendants are actively evading service.
10. Since the filing of Plaintiffs' prior declaration, defense counsel has clarified his position regarding representation.
11. Specifically, defense counsel has indicated that he represents the individual Defendants, Silvia Shasha Zhang and Guojun Xuan, but does not represent Defendant Mark Surrogacy Investment LLC or Future Spring Surrogacy LLC.
12. Despite this limitation, counsel continues to engage substantively in this matter on behalf of the individual Defendants.
13. Counsel has declined to accept service on behalf of any Defendant.
14. In addition, defense counsel has engaged in meet-and-confer communications regarding the operative complaint, including asserting that Plaintiffs' pleading is insufficient and indicating an intent to proceed with a Motion to Dismiss by way of a special appearance.
15. These communications further confirm that Defendants have actual notice of this action and are actively participating in the litigation while simultaneously avoiding formal service.
16. Plaintiffs Tronderrica James and Travis James have prepared and stand ready to file a Second Amended Complaint further detailing their claims.

Notwithstanding Defendants Silvia Shasha Zhang, Guojun Xuan, Mark Surrogacy Investment LLC, and Future Spring Surrogacy LLC having clear notice of this action and actively engaging through counsel, Defendants continue to evade service and delay the orderly progression of this case.

17. As a result, Defendants are actively participating in the litigation through counsel while simultaneously avoiding formal service.
18. This creates inefficiency, delays the proceedings, and increases costs to Plaintiffs.

19. It also reinforces the impracticability of traditional service methods.

20. Plaintiffs have exercised reasonable diligence in attempting service.

21. Traditional methods have been unsuccessful due to Defendants' evasion.

22. Defendants have actual notice of this action, as evidenced by their counsel's ongoing participation.

23. Under these circumstances, alternate service is necessary to move this case forward.

24. Plaintiffs respectfully request that the Court authorize alternate service, including:

(a) service via email;

(b) service through defense counsel for the Defendants Silvia Shasha Zhang and Guojun Xuan;

(c) service on the California Secretary of State for Defendant Mark Surrogacy Investment LLC and Defendant Future Spring Surrogacy LLC pursuant to applicable law;

(d) any additional method reasonably calculated to provide notice, including service by publication through The New Yorker.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 7, 2024

Tronderrica James