EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Tronderrica James <tronjamesbooks@gmail.com><br>7225 Moonraker Ave Unit 109<br>Las Vegas, NV 89178<br>TELEPHONE NO.: 318-759-9557 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Tronderrica James; Travis James | |
| **United States District Court, Central District of California**<br>STREET ADDRESS: 255 East Temple St.<br>MAILING ADDRESS: 255 East Temple St.<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Edward R. Roybal Federal Building | |
| PLAINTIFF/PETITIONER: Tronderrica James; Travis James<br>DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | CASE NUMBER:<br>**2:25-cv-09450-FLA-KS** |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>**JAMES-VS-ZHANG (S. Zhang)** |

I declare that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:
**SUMMONS; FIRST AMENDED COMPLAINT**

I attempted to serve **SILVIA SHASHA ZHANG**
at the address of **612 W Camino Real Ave, Arcadia, CA 91007**

BY FAX

and was unable to effect service for the following reasons:

**3/9/2026 6:29 PM: I was unable to access the address due to private gate/fence although I waited and honked horn.**
**This Is a fenced gated and locked property there are no things that would let me communicate with the house such as a doorbell or an intercom or a buzzer there's nothing. All I can do is stand at the gate and yell as loud as I can multiple times which I did and I get no response.**
**There is a white Toyota in the parking area inside the gate**
**3/10/2026 5:17 PM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and honked horn. I spoke with a neighbor who doesn't recognize name.**
**3/11/2026 6:16 PM: I spoke with an individual who identified themselves as the an elderly chinese male who came out of the front door of the house and open the door to a black mercedes suv in the driveway. I spoke with a neighbor who doesn't recognize name.**
**As I approach the locked gate I observed an elderly probably in his '70s Chinese male coming out of the front door and opening the door to a big black Mercedes SUV. I kept calling out calling out he didn't look at me or anything we were only 15 ft away from each other**

**I asked if he speaks English he just raised his hands and like he's bewildered I used my translation device and told him that I had something for Sylvia or for Xuan And he walked a little closer and then he just turned around and threw his hands in the air again and walked back toward the front door I tried to speak the Chinese I was hearing from the translation advice but I'm sure it was terrible.**
**He then went back into the house. I've waited a long time now since 6:00 and no one's ever come back out**

Fee for service: **$ 304.00**