EXHIBIT A1

| | |
|---|---|
| PLAINTIFF/PETITIONER: Tronderrica James; Travis James | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Silvia Shasha Zhang; et al. | 2:25-cv-09450-FLA-KS |

I am a registered California process server; my name, address, phone number, and county of registration and number are:

**Michael Smith**
**210 W. Lemon Ave., Monrovia, CA 91016**
**1-818-288-4339**
**State of California, County of Los Angeles, #2013045767**

For: **ABC Legal Services, LLC**
Registration #: **6779**
County: **Los Angeles**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 03/13/2026

Michael Smith
(PRINTED NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

BY FAX



**DECLARATION OF NON SERVICE**

Tracking #: **0213291738**

REF: **JAMES-VS-ZHANG (S. Zhang)**