EXHIBIT B

Gated residence at 612 camino Real Ave Shows no call box or communication methods. Despite having several visible cameras on the property.




1 OF 1 100%