Gmail

Tron James <tronjamesbooks@gmail.com>

EXHIBIT C

# Potential Bad Address Discovered for Reference ID JAMES-VS-ZHANG (FUTURE SPRING)

1 message

**noreply@abclegal.com** <noreply@abclegal.com> Thu, Mar 12, 2026 at 2:03 PM
To: tronjamesbooks@gmail.com

abclegal

We tried to serve **FUTURE SPRING SURROGACY LLC.** but found the address is no longer valid.

**Reference ID:** JAMES-VS-ZHANG (FUTURE SPRING)

**Identified On:** 03/12/2026

**Address:** 10507 Valley Blvd. Ste 518, El Monte, CA 91731

**Reason:** I was unable to locate the address. I attempted service at 10507 Valley Blvd. The address is a building with several businesses, but all businesses appear to be closed. There is no Suite 518 at this location. I documented the condition with photos. Behind this building is 10505 Valley Blvd, which appears to be a private area with no public access, so I was unable to enter. Next to it is 10503 Valley Blvd, another building with multiple businesses, but they also appear to be closed. Based on my observation, the listed suite does not appear to exist at 10507 Valley Blvd, and the surrounding units were closed at the time of my attempt.

Stay up to date on the status of your order. Sign in to your account to send us a message, view recent updates, and access photos and documents.

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.