EXHIBIT C1

abclegal

We tried to serve **Future Spring Surrogacy LLC** but found the address is no longer valid.

**Reference ID:** DA-27017
**Case #:**2:25-CV-09450-FLA-KS
**Identified On:** 12/11/2025
**Address:** 10507 Valley Blvd Ste 518, El Monte, CA 91731
**Reason:** The property appeared vacant which was supported by empty inside. The entire building appears empty. I spoke with a postal worker nearby, who confirmed the building has been vacant for two years. There seems to be some construction ongoing. There is no such number 518 to document?only the building number is visible.

We need a new address to try to serve **Future Spring Surrogacy LLC**.

Choose Address

When choosing the next address, you can:

- Choose from a list of potential addresses
- Order an investigation
- Enter your own address

We appreciate your business.

Thank you,
ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101
(206) 521-9000 | This is a transactional email.

Manage your **email notifications** from your profile settings.