Gmail

EXHIBIT D

Tron James <tronjamesbooks@gmail.com>

# Meet and Confer re Rule 12 on First Amended Complaint - James, et al. v. Zhang, et al.

**Tron James** <tronjamesbooks@gmail.com> Mon, Apr 6, 2026 at 4:49 PM
To: Long Liu Office <office@theliulawfirm.com>
Cc: Hanson Hsu <hanson@theliulawfirm.com>

Dear Mr. Liu,

Thank you for your response.

I believe there is some confusion stemming from the distinction between the original complaint and the currently operative First Amended Complaint.

At the time the original complaint and corresponding summons were issued, "Mark Surrogacy" was referenced in connection with Silvia Shasha Zhang as a doing-business-as designation, and Future Spring was similarly tied to Guojun Xuan as a doing-business-as designation based on the information available at that time. However, that is no longer the operative pleading.

The First Amended Complaint expressly corrects and clarifies the parties, and specifically names the following defendants:

- Silvia Shasha Zhang
- Guojun Xuan
- Mark Surrogacy Investment LLC
- Future Spring Surrogacy LLC

Accordingly, Mark Surrogacy Investment LLC and Future Spring Surrogacy LLC are not alleged as "DBAs," but as separate legal entities named as defendants in their own right based on additional information obtained. Any argument based on the structure of the original complaint or summons does not reflect the allegations in the operative FAC.

With respect to representation, your January 30, 2026 correspondence stated that your office represents "all named defendants." Given that Mark Surrogacy Investment LLC has already been served, please confirm whether your office represents that entity.

Additionally, please confirm whether your office represents Future Spring Surrogacy LLC.

Please also confirm whether you are authorized to accept service on behalf of Silvia Shasha Zhang and Guojun Xuan. In light of your representation of these defendants, acceptance of service through counsel would promote efficiency and avoid unnecessary expenditure of time and resources.

Regarding your Rule 12 arguments, Plaintiff respectfully disagrees with your characterization of the FAC.

The FAC alleges specific misrepresentations and omissions, including representations concerning the independence and role of the "Agency," the structure of the arrangement, and the identities and roles of the parties involved. These allegations are tied to specific communications, conduct, and circumstances and satisfy the applicable pleading standards.

The FAC also identifies contractual provisions at issue, including those governing representations and material breach, and alleges facts supporting non-performance and misrepresentation.

Plaintiff does not concede that the FAC is deficient. However, Plaintiff acknowledges that the allegations can be further detailed, particularly in light of Defendant's stated positions, and is prepared to amend if necessary in the interest of judicial efficiency.

Plaintiff also maintains that evidence and supporting exhibits exist that correspond directly to the allegations set forth in the FAC and will be produced at the appropriate stage of the proceedings.