Gmail

EXHIBIT D1

Tron James <tronjamesbooks@gmail.com>

**Meet and Confer re Rule 12 on First Amended Complaint - James, et al. v. Zhang, et al.**

**Long Liu Office** <office@theliulawfirm.com> Mon, Apr 6, 2026 at 5:50 PM
To: Tron James <tronjamesbooks@gmail.com>
Cc: Hanson Hsu <hanson@theliulawfirm.com>

Hi Ms. James:

At the time of that e-mail, you had not amended the complaint yet. Therefore, the initial complaint was the operative pleading that was being referenced by that e-mail. The FAC was filed well after our initial meet and confer attempt.

For clarification, we only represent Xuan and Zhang. We are not authorized to accept service.

Duly noted as to the FAC. We will proceed with the motion upon special appearance. If you are able to amend or dismiss defective causes of action please let us know. Thank you.

LIU LAW
TRIAL & LITIGATION ATTORNEYS

**Cordially,**

**Long Z. Liu, Esq.**

Liu Law
1163 Fairway Drive, Suite 105
City of Industry, CA 91789
909.468.2170
www.theliulawfirm.com

**CONFIDENTIAL EMAIL**: The information contained in this email is confidential and may also be attorney-client privileged and constitute attorney work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

[Quoted text hidden]