EXHIBIT F

Law Offices of Lei, APC
1 Park Plaza. Suite 360
Irvine, CA 92614

# GESTATIONAL SURROGACY CONTRACT

This Gestational Surrogacy Contract (hereinafter "Contract") is entered into by and between **Tronderrica Rogers James** (hereinafter "**Surrogate**" or "Gestational Carrier") and her husband **Travis Travell James** (hereinafter "**Surrogate's Husband**") and **Guojun Xuan** (hereinafter "**Intended Father**") and **Silvia Shasha Zhang** (hereinafter "**Intended Mother**"). The Intended Father and Intended Mother are hereinafter collectively referred to as the "**Intended Parents**." The Surrogate and Surrogate's Husband and the Intended Parents are hereinafter collectively referred to as the "**Parties**."

## RECITALS

1. The Intended Parents represent that they are an **unmarried** couple over the age of twenty-one (21). The Intended Parents desire to enter into this Contract and intend to have a child or children through assisted reproductive technology by transferring the embryo(s) belonging to the Intended Parents to the uterus of the Surrogate by in vitro fertilization ("IVF").

2. The Surrogate and Surrogate's Husband represent that they are a **married** couple over the age of twenty-one (21). The Surrogate desires to enter into this Contract to assist the Intended Parents to have a child or children by acting as their gestational surrogate pursuant to this gestational surrogacy Contract.

3. The Parties enter into this Contract with the express intent and understanding that the Surrogate and Surrogate's Husband will not have any obligations nor any custodial or any parental rights to any Child that the Surrogate may carry and deliver pursuant to this Contract. It is the understanding that the Intended Parents intend to and will be the legal parents of any Child that the Surrogate may carry and deliver pursuant to this Contract.

4. After careful consideration and consulting with or having an opportunity to consult with independent legal counsel, the Parties acknowledge that gestational surrogacy is a new and unsettled area of law and desire to enter into this Contract voluntarily. The Parties represent that they wish to make their intentions and joint commitments clear in this Contract and provide prompt and certain means to resolve any dispute that may arise in the hope that these intentions expressed in this Contract can be enforced in law. All this is for the purpose to promote the legal legality, security, and welfare of the Child.



https://mail.google.com/mail/u/0/#inbox/KtbxLvHPvwQjvhwVxQmqvbqhVgpBrgptTL?projector=1&messagePartId=0.1 1/1