EXHIBIT F1

5. The Parties expressly understand that this Contract does not constitute as a payment for genetic material, a child, or relinquishment of a child.

Now therefore, in consideration of the mutual promises contained herein and with the intention of being legally bound thereby, the Parties agree as follows:

## I. DEFINITIONS

1. "Agency" in this Contract refers to **Mark Surrogacy** located in El Monte, California. It is expressly understood that the Agency is acting as an agent between the Intended Parents and the Surrogate and Surrogate's Husband, Agency is not a Party to this Contract.

2. "Child" in this Contract refers to any child or children conceived and born by the Surrogate pursuant to this Contract's terms and provisions.

3. "IVF Physician" in this Contract refers to an experienced and licensed medical physician specializing in assisted reproductive technology selected and approved by the Intended Parents. The Intended Parents has chosen **Dr. Ashim Kumar** of **Western Fertility Institute - Encino** (hereinafter the "**Medical Clinic**") located at 16260 Ventura Blvd., # 210, Encino, CA 91436 as their IVF Physician. The Parties may mutually agree and choose a different IVF Physician.

4. "Embryo(s)" in this Contract refers to the embryos clinically created with **an Egg donor's eggs and Intended Father's sperm** via IVF.

5. "Embryo Transfer Procedure" in this Contract refers to the medical procedure performed and supervised by the IVF Physician to transfer the Intended Parents' embryo(s) to the uterus of the Surrogate.

6. "Pregnancy" in this Contract refers to a live pregnancy verified by ultrasound and the IVF Physician as a result of the Embryo Transfer Procedure.

## II. REPRESENTATIONS AND WARRANTIES

1. The Surrogate and Surrogate's Husband's decision to enter into this Contract is a decision made after thorough and careful consideration and without any coercion or duress. The Surrogate and Surrogate's Husband represent that they are entering this Contract voluntarily and freely and the Surrogate warrants to the best of her knowledge that she is capable of conceiving and delivering a normal and healthy Child.



GC____GCH____ IF____IM____