EXHIBIT G

**XXIV. MATERIAL BREACH**

1. Before declaring one Party materially breached this Contract, the aggrieved non-breaching Party shall provide the alleged breaching Party with a written notice within a reasonable time after discovery of such breach and inform the alleged breach Party the details of the alleged breach. If the alleged breach of this Contract can be cured within a reasonable time, then the alleged breaching Party shall be given the opportunity to cure the alleged breach. If the alleged breach of this Contract cannot be cured or the alleged breaching Party fails to cure the alleged breach after given the opportunity, then alleged breaching Party shall be deemed to have materially breached this Contract.

2. In the event that any Party materially violates any of the provisions contained herein without a valid legal excuse, such violation shall constitute a material breach of this Contract, and



in addition to all other remedies available at law or equity, this Contract may be terminated forthwith at the option of the aggrieved non-breaching Party without further liability on the part of the aggrieved non-breaching Party so long as the Surrogate is not currently pregnant. In the event the Surrogate is pregnant at the time a breach occurs, the rights and obligations of the Intended Parents with respect to the Child are not affected and shall continue in full force and effect and the waiver and relinquishment of all parental and legal rights by the Surrogate are not affected and shall continue in full force and effect.

3. In the event the Surrogate materially breaches this Contract, the Intended Parents are under no obligation to continue making payments to the Surrogate or reimburse any of the expenses incurred by the Surrogate. In addition, in the event of a material breach without legal excuse, which cannot be cured by Surrogate, the Surrogate shall reimburse the Intended Parents for all sums expended pursuant to this Contract at the time the breach was discovered. In the event the Intended Parents are found to be in material breach of this Contract without legal excuse, the Surrogate shall still receive all funds due to her pursuant to this Contract.

4. Regardless of whether the Intended Parents ceased paying the Surrogate due to a breach caused by negligent or willful conduct of the Surrogate, or a breach occurred due to the negligent or willful conduct of any Party, the Surrogate shall at all times continue to be responsible for attending all medical appointments and abiding by the terms of this Contract.

5. Any violation of the representations and/or warranties contained herein, or misrepresentations by a Party shall be considered as a material breach. In the event a material breach can be cured and is cured by the breaching Party, the aggrieved non-breaching Party's continued performance will constitute a waiver. The continued performance of the aggrieved non-breaching Party will not constitute a waiver if the breach is not cured.

6. Both Parties acknowledge and understand certain terms and provisions in this Contract such as custody of the Child and parental rights will not be affected even if this Contract is terminated due to breach or otherwise. The Parties agree that the Intended Parents are and will be the sole legal parents of the Child born pursuant to this Contract unless the Surrogate is genetically related to the Child.

7. In no event, shall any Party be deemed to have breached this Contract where the inability to perform timely or at all is due to a cause which is beyond the control of a Party to this Contract, such as death, natural disaster, a serious injury to any Party or an act of God.

//
//
//