EXHIBIT H

(Filed by Defendants counsel on 2/12/26)

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

On October 3, 2025 Plaintiffs filed a Complaint against Defendants. However, service has still not been completed even though Plaintiffs have already petitioned to the Court that they be allowed to serve Defendants through alternative means of service and had such petition granted on December 4, 2026. As such, the Complaint should be dismissed for lack of service. Due to the length of time that has passed after the petition was granted, it does not appear that Plaintiffs intend to take steps to satisfy the service requirements.

The Complaint itself is also fatally defective on its face and in its substance, as it hardly contains any facts at all that would enable the Court to make any kind of reasonable determination regarding any of the causes of action, or allow Defendants to fairly respond to any cause of action. **The factual allegations in totality and verbatim are as follows: "Defendants misrepresented facts regarding surrogacy services. Plaintiffs relied on false statements and suffered damages including financial losses and emotional distress. Public reports corroborate allegations of systemic fraud involving Defendants." That is all. No supporting documents are attached to the Complaint.**