(EXHIBIT I)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 12/4/2025 at 1:20 PM PST and filed on 12/4/2025

| | |
|---|---|
| **Case Name:** | Tronderrica James et al v. Silvia Shasha Zhang et al |
| **Case Number:** | 2:25-cv-09450-FLA-KS |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**

**(IN CHAMBERS) ORDER TAKING MOTION OF PLAINTIFF TRAVIS JAMES FOR ORDER AUTHORIZING ALTERNATIVE SERVICE (DKT. [9], [10]) UNDER SUBMISSION by Judge Fernando L. Aenlle-Rocha: The court finds that the Motion for Authorizing Alternative is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, this motion is taken UNDER SUBMISSION. No appearances are necessary. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY**