EXHIBIT J

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 12/4/2025 at 3:01 PM PST and filed on 12/4/2025

**Case Name:** Tronderrica James et al v. Silvia Shasha Zhang et al

**Case Number:** 2:25-cv-09450-FLA-KS

**Filer:**

**Document Number:** 14

**Docket Text:**

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION by Judge Fernando L. Aenlle-Rocha: The parties are ORDERED TO SHOW CAUSE, in writing only, within fourteen (14) days from the date of this Order, why this action should not be remanded for lack of subject matter jurisdiction because of a lack of complete diversity and because the amount in controversy does not exceed the jurisdictional threshold. The parties are encouraged to submit evidence and/or judicially noticeable facts in response to the court's Order. Responses shall be limited to ten (10) pages in length. The parties should consider this Order to be a two-pronged inquiry into the facial andfactual sufficiency of Defendants demonstration of jurisdiction. As Defendant is the party asserting federal jurisdiction, Defendant's failure torespond timely and adequately to this Order shall result in**