EXHIBIT K

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 12/9/2025 at 4:42 PM PST and filed on 12/9/2025

| | |
|---|---|
| **Case Name:** | Tronderrica James et al v. Silvia Shasha Zhang et al |
| **Case Number:** | 2:25-cv-09450-FLA-KS |
| **Filer:** | |
| **Document Number:** | 15 |

**Docket Text:**

**NOTICE OF CLERICAL ERROR: Due to clerical error Re: ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED [14] incorrect case number, correct case number 2:25-cv-11226-FLA (AJRx). Docket No. 14 in case 2:25-cv-09450-FLA (KSx) is STRICKEN. (lc)**