EXHIBIT L

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 2/4/2026 at 3:20 PM PST and filed on 2/3/2026

**Case Name:** Tronderrica James et al v. Silvia Shasha Zhang et al

**Case Number:** 2:25-cv-09450-FLA-KS

**Filer:**

**Document Number:** 22

**Docket Text:**

**ORDER: (1) STRIKING COMPLAINT [DKT. [1]]; (2) STRIKING MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE [DKT. [9]] AS DUPLICATIVE; AND (3) DENYING WITHOUT PREJUDICE MOTION FOR ORDER AUTHORIZINGALTERNATE SERVICE [DKT. [10]] by Judge Fernando L. Aenlle-Rocha: Accordingly, the court STRIKES the Complaint as deficient. See Fed. R. Civ. P. 12(f). Having found the Complaint is deficient on its face, Plaintiffs' Motion for Order Authorizing Alternate Service (Dkt. 10) is DENIED without prejudice as moot. Plaintiffs' Motion for Order Authorizing Alternate Service (Dkt. 9) is STRICKEN as duplicative of Dkt. 10. (SEE DOCUMENT FOR FURTHER DETAILS) (chk)**