**Access the information you need** to keep up with your clients and stay ahead of the competition all in one place.

## New Suit - Contract

**Case:**
Xuan, Guojun v. King, Stacy Raelyn
CL25007296-00

**Court:**
Virginia Circuit Court, City of Chesapeake

**Date Filed:**
October 14, 2025

**Plaintiffs:**
Guojun Xuan, Silvia Shasha Zhang

**Defendants:**
Anthony Gordon King, Sentara Hospitals + 1

**Plaintiff Counsel:**
Aaron Pomeranz

**Case Type:**
civil - contract action

**Claims:**
Contract & Quasi-Contract Claims