# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tronderrica James, et al

Plaintiff(s)

v.

Silvia Shasha Zhang, et al

Defendant(s)

CASE NUMBER

2:25-cv-09450-FLA-KS

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Guojun Xuan ☐ Plaintiff ☒ Defendant ☐ Other ____________

*Name of Party*

☐ to substitute Farzad Seyfnia who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

131 West Green Street, Suite B Pasadena, CA 91105

*Street Address*

Pasadena, CA 91105

*City, State, Zip*

fseyfnia@splawllp.com

*E-Mail Address*

213-770-4529

*Telephone Number*

____________

*Fax Number*

292227

*State Bar Number*

as attorney of record instead of Long Z Liu

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Long Z Liu

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Guojun Xuan

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated ____________

____________

U. S. District Judge/U.S. Magistrate Judge