**SEYFNIA & PRYBYLO, LLP**
Farzad Seyfnia, Bar No. 292227
*fseyfnia@splawllp.com*
131 W. Green Street, Suite B
Pasadena, California 91105
Telephone: 213.770.4529
Facsimile: 213.260.2284

Attorneys for Defendants Silvia Shasha Zhang and Guojun Xuan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRONDERRICA JAMES, an individual; and TRAVIS JAMES, an individual,

Plaintiffs,

v.

SILVIA SHASHA ZHANG, an individual; GUOJUN XUAN, an individual; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY LLC,

Defendants.

Case No.: 2:25-cv-09450-FLA-KS

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on June 8, 2026, I served a copy of the **REQUESTS FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (FORM G-01) AND [PROPOSED] ORDERS THEREON [ECF Nos. 63 and 64]** on the parties listed below by the following methods:

(1) via the Court's CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all parties registered as CM/ECF users in this case; and

(2) by United States Mail, by placing a true and correct copy in a sealed envelope with first-class postage fully prepaid and depositing it with the United States Postal Service, addressed as follows:

---

Tronderrica James
7225 Moonraker Ave, Unit 109
Las Vegas, NV 89178
tronjamesbooks@gmail.com
Plaintiff, Pro Se

Travis James
7225 Moonraker Ave, No. 109
Las Vegas, NV 89178
Plaintiff, Pro Se

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 8, 2026, at Pasadena, California.

*/s/ Carley Sauvageau*
Carley Sauvageau, Declarant