**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tronderrica James, et al., <br> Plaintiff(s) <br> v. <br> Silvia Shasha Zhang, et al., <br> Defendant(s) | CASE NUMBER <br> 2:25-cv-09450-FLA (KSx) <br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [63, 64]** |

☒ The Court hereby orders that the request of:

Guojun Xuan & Silvia Shasha Zhang ☐ Plaintiff ☒ Defendant ☐ Other ______
*Name of Party*

☒ to substitute Farzad Seyfnia who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Seyfnia & Pryblo, LLP, 131 West Green Street, Suite B
*Street Address*

Pasadena, CA 91105 — *City, State, Zip*
fseyfnia@splawllp.com — *E-Mail Address*

213-770-4529 — *Telephone Number*
______ — *Fax Number*
292227 — *State Bar Number*

as attorney of record instead of Long Z. Liu
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of ______
*List **all** attorneys from same firm or agency who are withdrawing.*

______

to withdraw as attorney of record for ______
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated June 9, 2026

United States District Judge