**SEYFNIA & PRYBYLO, LLP**
Farzad Seyfnia, Bar No. 292227
*fseyfnia@splawllp.com*
131 W. Green Street, Suite B
Pasadena, California 91105
Telephone: 213.770.4529
Facsimile: 213.260.2284

Attorneys for Defendants Silvia Shasha Zhang and Guojun Xuan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRONDERRICA JAMES, an individual; and TRAVIS JAMES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA SHASHA ZHANG, an individual; GUOJUN XUAN, an individual; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY LLC,<br><br>Defendants. | Case No.: 2:25-cv-09450-FLA-KS<br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>**JOINT STATUS REPORT REGARDING SERVICE PURSUANT TO THE COURT'S JULY 6, 2026 ORDER [DKT. 68]** |

Pursuant to the Court's July 6, 2026 Order (Dkt. 68) (the "Order"), Plaintiffs Tronderrica James and Travis James, proceeding pro se ("Plaintiffs"), and counsel for Defendants Silvia Shasha Zhang and Guojun Xuan (collectively, "Defendants") jointly submit this Joint Status Report regarding the substance of the parties' meet-and-confer discussions and the status of service.

## VI. THE PARTIES' MEET AND CONFER

On July 6, 2026, the same day the Court issued the Order, counsel for Defendants wrote to Plaintiffs to request a meet-and-confer conference on July 7 or July 8, 2026. Plaintiffs responded that evening and proposed that the meet and confer proceed in writing so that an accurate record of each party's positions would exist. On July 7, 2026, counsel for Defendants responded in writing to each of the four subjects identified in the Order, as set forth below. On July 8, 2026, Plaintiffs replied in writing, acknowledged the responses of counsel for Defendants, and stated Plaintiffs' positions. The parties completed their meet and confer within seven days of the Order.

## II. REPRESENTATION BY COUNSEL FOR DEFENDANTS

Counsel for Defendants advised Plaintiffs that his office represents Defendants only in this action and that, at this point, it does not represent defendants Mark Surrogacy Investment LLC ("Mark Surrogacy") or Future Spring Surrogacy LLC ("Future Spring").

## III. STATUS OF SERVICE AS TO DEFENDANTS

During the meet and confer, counsel for Defendants confirmed that he is authorized and willing to accept service on behalf of Defendants upon receipt of a written request for waiver pursuant to Fed. R. Civ. P. 4(d)(1). On July 8, 2026, Plaintiffs transmitted to counsel for Defendants written requests for waiver of service of a summons (Form AO 398), copies of the waiver of the service of summons (Form

AO 399) for each Defendant, the issued summonses, and the operative First Amended Complaint.

Counsel for Defendants has executed the waivers of the service of summons (Form AO 399) on behalf of Defendants and will return the executed waivers to Plaintiffs on or before July 20, 2026. Upon receipt of the executed waivers, Plaintiffs will promptly file them with the Court. When Plaintiffs file the executed waivers, proof of service will not be required, and these rules will apply as if a summons and complaint had been served at the time of filing the waivers. Fed. R. Civ. P. 4(d)(4).

**IV. STATUS OF SERVICE AS TO MARK SURROGACY**

Plaintiffs' position is that Mark Surrogacy has already been served with process. Because counsel for Defendants does not represent Mark Surrogacy, counsel takes no position on the sufficiency of that service.

During the meet and confer, counsel for Defendants additionally advised Plaintiffs that, according to the records of the California Secretary of State, Mark Surrogacy is a California limited liability company whose status was terminated on June 13, 2025, and that the address for service of process identified in its last Statement of Information on file, dated February 18, 2025, is 612 W. Camino Real Ave., Arcadia, California 91007.

**V. STATUS OF SERVICE AS TO FUTURE SPRING**

Counsel for Defendants does not represent Future Spring and is not authorized to accept or waive service on its behalf. During the meet and confer, counsel for Defendants advised Plaintiffs that, according to the records of the California Secretary of State, Future Spring is a California limited liability company whose status was terminated on May 15, 2025, and that the address for service of process identified in its last Statement of Information on file, dated July 15, 2024, is 10507 Valley Blvd., 518, El Monte, California 91731.

Plaintiffs maintain that issues relating to service on Future Spring remain pending before the Court, and Plaintiffs reserve all rights regarding their prior service efforts and any future request for relief concerning service on this Defendant.

## VI. CONCLUSION

In sum, counsel for Defendants represents Defendants only and is authorized and willing to accept service on behalf of Defendants through waivers pursuant to Fed. R. Civ. P. 4(d), which Plaintiffs transmitted on July 8, 2026, and which counsel for Defendants has executed and will return to Plaintiffs on or before July 20, 2026. Plaintiffs maintain that Mark Surrogacy has already been served. Service-related issues concerning Future Spring remain pending before the Court, and counsel for Defendants has provided Plaintiffs with the addresses for service of process for Mark Surrogacy and Future Spring as reflected in the records of the California Secretary of State. The parties respectfully submit this Joint Status Report in compliance with the Court's July 6, 2026 Order.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 20, 2026

SEYFNIA & PRYBYLO, LLP

By: */s/ Farzad Seyfnia*
Farzad Seyfnia
Attorneys for Defendants Silvia Shasha Zhang and Guojun Xuan

Dated: July ___, 2026

______________________________
Tronderrica James
Plaintiff, Pro Se

Dated: July ___, 2026

______________________________
Travis James
Plaintiff, Pro Se

By: /s/ Farzad Seyfnia
Farzad Seyfnia
Attorneys for Defendants Silvia Shasha Zhang and Guojun Xuan

Dated: July 17, 2026

Tronderrica Rogers James
Tronderrica James
Plaintiff, Pro Se

Dated: July 17, 2026

Travis James
Travis James
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on June 8, 2026, I served a copy of the **JOINT STATUS REPORT REGARDING SERVICE PURSUANT TO THE COURT'S JULY 6, 2026 ORDER [DKT. 68]** on the parties listed below by the following methods: \

(1) via the Court's CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all parties registered as CM/ECF users in this case; and

(2) by United States Mail, by placing a true and correct copy in a sealed envelope with first-class postage fully prepaid and depositing it with the United States Postal Service, addressed as follows:

---

Tronderrica James
7225 Moonraker Ave, Unit 109
Las Vegas, NV 89178
tronjamesbooks@gmail.com
Plaintiff, Pro Se

Travis James
7225 Moonraker Ave, No. 109
Las Vegas, NV 89178
Plaintiff, Pro Se

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 20, 2026, at Pasadena, California.

*/s/ Carley Sauvageau*
Carley Sauvageau, Declarant