Farzad Seyfnia, SBN: 292227
**SEYFNIA & PRYBYLO, LLP**
131 W. Green St., Suite B
Pasadena, California 91105
Telephone: 213.770.4529
Facsimile: 213.260.2284
fseyfnia@splawllp.com

Attorneys for Defendants Silvia Shasha Zhang and Guojun Xuan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRONDERRICA JAMES, an individual; and TRAVIS JAMES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA SHASHA ZHANG, an individual; GUOJUN XUAN, an individual; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY LLC,<br><br>Defendants. | Case No.: 2:25-cv-09450-FLA-KS<br><br>**DECLARATION OF SILVIA SHASHA ZHANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PORTIONS OF THE SECOND AMENDED COMPLAINT**<br><br>Date: October 30, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed: October 3, 2025<br>SAC Filed: September 1, 2026<br>Trial Date: November 2, 2027 |

# DECLARATION OF SILVIA SHASHA ZHANG

I, Silvia Shasha Zhang, declare:

1. I am a Defendant in this action and one of the Intended Parents under the agreement described below. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Defendant Guojun Xuan and I, as the Intended Parents, and Plaintiffs Tronderrica James and Travis James entered into the Gestational Surrogacy Contract (the "Contract").

3. The Contract was signed in counterparts. In connection with the parties' agreement, I received and have since maintained two counterparts of the Contract. Attached as **Exhibit 1** is a true and correct copy, as I received and maintained it, of the counterpart bearing Plaintiffs' signatures. Attached as **Exhibit 2** is a true and correct copy of the counterpart signed by Defendant Guojun Xuan and me. Each Exhibit is a complete copy of the Contract

4. Exhibits 1 and 2 are the same Gestational Surrogacy Contract that Plaintiffs refer to and rely upon in the Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2026, at Los Angeles, California.

*/s/ Silvia Shasha Zhang*
Silvia Shasha Zhang