Tronderrica James and Travis James
Plaintiffs, Pro Se
Mailing Address: 7225 Moonraker Ave., Unit 109, Las Vegas, NV 89178
Telephone: 318-759-9557
Email: tronjamesbooks@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRONDERRICA JAMES and TRAVIS JAMES,<br>Plaintiffs,<br><br>v.<br><br>SILVIA SHASHA ZHANG; GUOJUN XUAN; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY, a California general stock corporation,<br>Defendants. | Case No. 2:25-cv-09450-FLA-KS<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**<br><br>Hearing: October 30, 2026<br>Time: 1:30 p.m. / Courtroom: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha |

## NOTICE OF ERRATA

Plaintiffs Tronderrica James and Travis James, appearing pro se, respectfully notify the Court that an earlier draft of their Opposition to Defendants' Motion to Dismiss Portions of the Second Amended Complaint was inadvertently filed.

Plaintiffs have now filed a Corrected Response in Opposition reflecting the version they intended to submit. The correction does not change the relief requested. Plaintiffs continue to request that the Court deny Defendants' Motion to Dismiss (Dkt. 91), or, alternatively, grant leave to amend if the Court identifies any pleading deficiency.

Plaintiffs respectfully request that the Court consider the Corrected Response in Opposition in place of the earlier-filed draft for purposes of deciding Defendants' Motion.

Dated: September 24, 2026

/s/ Tronderrica James
Tronderrica James, Plaintiff Pro Se

/s/ Travis James
Travis James, Plaintiff Pro Se