Tronderrica James and Travis James, Pro Se
Las Vegas, Nevada 89178
Telephone: 318-759-9557
Email: TronJamesBooks@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRONDERRICA JAMES, an individual; and TRAVIS JAMES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SILVIA SHASHA ZHANG, an individual; GUOJUN XUAN, an individual; MARK SURROGACY INVESTMENT LLC; and FUTURE SPRING SURROGACY LLC,<br><br>Defendants. | Case No.: 2:25-cv-09450-FLA-KS<br><br>**PLAINTIFFS' REQUEST FOR LIMITED MODIFICATION OF PREFILING CONFERENCE REQUIREMENT**<br><br>Hon. Fernando L. Aenlle-Rocha<br>Courtroom 6B<br>Action filed: October 3, 2025 |

Plaintiffs request a limited order under Local Rule 7-2 permitting the parties to confer in writing concerning Plaintiffs' contemplated motion for email-only private meet-and-confer communications, in lieu of the oral conference otherwise required by Local Rule 7-3. Plaintiffs request that this preliminary procedural request be considered

without an oral prefiling conference, or that the Court direct an alternative procedure.

The contemplated motion addresses recurring disputes over oral statements, most recently the express denial in Dkt. 133-1, paragraph 7. Requiring another disputed oral discussion as a condition of requesting a written procedure would risk repeating the problem the motion seeks to address. Plaintiffs do not seek to avoid conferring in good faith or to eliminate the opposing parties' opportunity to respond.

Plaintiffs intend to send the proposed relief to counsel in writing and seek substantive discussion of the proposed protocol. Plaintiffs have not assumed that the Court has excused the existing oral conference requirement. They request a ruling on this preliminary procedural matter before filing the noticed motion, unless the Court directs otherwise.

Plaintiffs request that the Court permit written conferral for this motion only, preserving the ordinary seven-day interval and all other applicable filing requirements unless the Court orders otherwise. This request does not seek emergency ex parte relief or a ruling on the merits of the contemplated motion.

Dated: November 25, 2026

/s/ Tronderrica James, Pro Se

/s/ Travis James, Pro Se